**UNDER SEAL**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:15cr 15 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **MOTION TO SEAL THE INDICTMENT** |
| STEVEN W. CHASE | ) | |
| | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United

States Attorney for the Western District of North Carolina, who moves this Court for an Order

directing that the Indictment, this Motion and any order issued pursuant to this be sealed

immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this day of February 18, 2015.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

//s// Cortney S. Randall
Assistant United States Attorney
NC Bar Number: 31510
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: cortney.randall@usdoj.gov