**UNDER SEAL**     UNITED STATES DISTRICT COURT     RECEIVED

for the

Western District of North Carolina

FEB 2 0 2015

United States Marshals Service
Western North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:15cr15 |
| STEVEN W. CHASE | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    STEVEN W. CHASE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

CHILD EXPLOITATION

FILED
CHARLOTTE

MAR 1 0 2015

Date: 2/18/15

*Issuing officer's signature*

**FRANK G. JOHNS, CLERK OF COURT**

City and state: Charlotte, North Carolina

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/20/2015 , and the person was arrested on *(date)* 2/20/2015
at *(city and state)* FT. MEYERS, FL .

Date: 2/20/2015

*Arresting officer's signature*

ZEN VIOLA, SDUSM
*Printed name and title*