**UNDER SEAL** UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
FEB 2 0 2015
United States Marshals Service
Western North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:15cr15 |
| STEVEN W. CHASE | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* STEVEN W. CHASE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

CHILD EXPLOITATION

FILED
CHARLOTTE
MAR 1 0 2015

Date: 2/18/15

_____
Issuing officer's signature

FRANK G. JOHNS, CLERK OF COURT

City and state: Charlotte, North Carolina

_____
Printed name and title

---

**Return**

This warrant was received on *(date)* 2/20/2015, and the person was arrested on *(date)* 2/20/2015
at *(city and state)* FT. MEYERS, FL.

Date: 2/20/2015

_____
Arresting officer's signature

ZEN VIOLA, SDUSM
Printed name and title