FILED
STATESVILLE, N.C.

MAR 1 6 2015

U.S. District Court
Western District of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:15cr15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| STEVEN W. CHASE | | |

NOW COMES the undersigned attorney for the United States, admitted to practice in this Court, and acting by and through Jill Westmoreland Rose, Acting United States Attorney, and hereby enters an appearance in this case.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY

Florida Bar # 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov