**UNDER SEAL**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:15-CR-15 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **MOTION TO SEAL THE** |
| STEVEN W. CHASE, et al | ) | **SUPERSEDING INDICTMENT** |
| | ) | |

NOW COMES the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Superseding Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this day of March 17, 2015.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY

//s// **CORTNEY S. RANDALL**
ASSISTANT UNITED STATES ATTORNEY
NC Bar Number: 31510
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: cortney.randall@usdoj.gov