**FILED**

**CHARLOTTE, NC**

MAR 1 7 2015

**US DISTRICT COURT**
**WESTERN DISTRICT OF N'**

**UNDER SEAL** UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:15-CR-15 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **ORDER TO SEAL THE** |
| STEVEN W. CHASE, et al | ) | **SUPERSEDING INDICTMENT** |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose,

Acting United States Attorney for the Western District of North Carolina, for an order directing

that the Superseding Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of

the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Superseding Indictment, Motion to Seal and this

Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 17th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE