**UNDER SEAL**

# NEW CRIMINAL CASE COVER SHEET — U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ⦿ YES  ◯ NO  **DOCKET NUMBER:** 5:15-CR-15

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : US vs | Steven W. Chase, et al |
| **COUNTY OF OFFENSE** : | Caldwell |
| **RELATED CASE INFORMATION** : | |
| Magistrate Judge Case Number : | |
| Search Warrant Case Number : | |
| Miscellaneous Case Number : | |
| Rule 20b : | |
| **SERVICE OF PROCESS** : | Chase In Custody for 5:15CR15 & Fluckinger In Custody for 3:15MJ94 |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty  ◯ Misdemeanor  ◯ Felony

18 USC 2252A

**JUVENILE:** ◯ Yes  ◯ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | Cortney Randall |
| **VICTIM/WITNESS COORDINATORS:** | Crout, Lynne |
| **INTERPRETER NEEDED** : | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | Also related to 3:15MJ94 (Fluckinger's Complaint) |