IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA

v.   WAIVER OF ARRAIGNMENT

Steven Chase

Case # 5:15 CR 15-1

The undersigned defendant acknowledges (1) that he/she has received a copy of the indictment in the above-captioned case; (2) that he/she has reviewed the contents of the indictment and understands the general nature of the charges against him/her; and (3) that counsel has advised him/her of the maximum penalties provided for the offences with which he/she is charged.

With the advise and consent of counsel, the undersigned defendant hereby waives his/her right to be present at arraignment on the indictment in the case and enters pleas of _not guilty_ to each of the counts in which he/she is charged.

The defendant _✓_ does ___ does not request a jury trial on all counts.

Date: 4/10/15 _____
Defendant

Date: 4/10/15 _____
Defense Counsel

**NOTE:** THE WAIVER OF ARRAIGNMENT FORM MUST BE FILED IN THE CLERK'S OFFICE AT LEAST 24 HOURS PRIOR TO THE SCHEDULED ARRAIGNMENT. IF NOT, IT IS MANDATORY FOR DEFENSE COUNSEL AND DEFENDANT TO APPEAR FOR THE HEARING.