UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:15-CR-15 |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| STEVEN W. CHASE, ET AL | ) | |

**NOW COMES** the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned as Assistant United States Attorney for the Government in the above-referenced action.

Respectfully submitted on this day of April 15, 2015.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY

//s// Reginald E. Jones
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 286-1059
Fax: (202) 514-1793
E-mail: reginald.jones4@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that the foregoing document was served on the following parties and counsel of record by submitting it to the Court for electronic notice:

| | |
|---|---|
| Peter Adolf | Matthew G. Pruden |
| peter_adolf@fd.org | mpruden@tinfulton.com |

       _____
//s// Reginald E. Jones
ASSISTANT UNITED STATES ATTORNEY