IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>STEVEN CHASE,<br><br>      Defendant. | DOCKET NO. 5:15 CR 15-1 |

**MOTION TO CONTINUE TRIAL DATE**

Steven Chase, by and through his counsel of record, Assistant Federal Defender Peter Adolf, respectfully requests that this Court continue the trial date presently scheduled for May 4, 2014 at 10:00 AM. As grounds therefore, it is averred:

1. A waiver of arraignment by Mr. Chase was filed on April 10, 2015, and the arraignment order issued today, April 16, 2015.

2. This case is therefore not yet ready for trial pursuant to 18 U.S.C. § 3161(c)(2).

3. The United States does not oppose this motion.

**WHEREFORE,** Steven Chase respectfully requests a continuance of his trial date.

                  Respectfully submitted:

                    s/ Peter Adolf
                  Peter Adolf
                  Assistant Federal Defender
                  North Carolina Bar No. 37157
                  Attorney for Steven Chase
                  Federal Defenders of Western North Carolina, Inc.
                  129 West Trade Street, Suite 300
                  Charlotte, NC 28202
                  (704) 374-0720 (phone)
                  (704) 374-0722 (fax)
DATE: April 16, 2015      Peter_Adolf@fd.org

# CERTIFICATE OF SERVICE

I, Peter Adolf, Assistant Federal Defender, hereby certify that I have served a copy of the attached Motion to Continue Trial Date upon the following via electronic filing:

**Cortney Randall**
U.S. Attorney's Office
227 W. Trade Street
Suite 1700
Charlotte, NC 28202
704-338-3116
704-227-0254 (fax)
cortney.randall@usdoj.gov

Respectfully submitted:

  s/ Peter Adolf
Peter Adolf
Assistant Federal Defender
North Carolina Bar No. 37157
Attorney for Steven Chase
Federal Defenders of Western North Carolina, Inc.
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720 (phone)
(704) 374-0722 (fax)
Peter_Adolf@fd.org

DATE: April 16, 2015