IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:15CR15-1-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| STEVEN W. CHASE | ) | |

**THIS MATTER** is before the Court upon an Unopposed Motion To Continue Trial Date from the September 8, 2015, criminal term, in the Statesville Division.

For the reasons stated in the Defendant's Motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial. Further, the Indictment in this matter was filed on February 18, 2015, with a Superseding Indictment filed on March 17, 2015, adding a Co-defendant in this case. In the Defendant's Motion, it represents that defense is in the process of retaining an expert as a witness at trial. The Court feels that if defense attorney in this matter needed an expert witness, this process should have been acted upon before now. Therefore, the Court urges the parties to resolve all remaining issues in this matter, or be ready for trial during the November 2, 2015, trial term

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for a continuance is **GRANTED**. This case is hereby continued from the September 2015, criminal term in the Statesville Division to the November 2, 2015, criminal term in the Statesville Division.

Signed: August 20, 2015

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge