IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:15CR15-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>STEVEN CHASE,<br>        Defendant. | **O R D E R** |

**THIS MATTER** is before the Court upon Motion to Continue Trial Date from the November 2, 2015, criminal term, in the Statesville Division. (Doc. No. 41) In support of this Motion, the Defendant represents the following:

1. The Defendant is accused of running a website where child pornography was posted and exchanged with other users of the website. Count one of the Indictment charges the Defendant for participating in child exploitation enterprise, in violation of 18 U.S.C. § 2252A(g), which carries a mandatory minimum sentence of 20 years in prison and a maximum of life in prison. There are six other Counts of the Indictment which the Defendant is charged, including advertising, distributing and possessing child pornography, that carry statutory ranges of imprisonment of 15 to 30 years, 5 to 20 years, and 0 to 20 years.

2. An outstanding motion was filed on October 16, 2015, for Inquiry Into Status of Counsel, where the Defendant is asking for new counsel. Current defense counsel, Peter Adolf will be out of the district from October 19 through October 23, 2015. Therefore, a resolution of the motion cannot be resolved until Mr. Adolf returns.

Consequently, although the Court in its Order, filed on August 20, 2015, (Doc. No. 29) asked the parties to be ready for trial during the Court's November 2015 trial term,

the outstanding motion regarding counsel must be addressed; therefore, the Court will continue this matter.

For the reasons stated in the Defendant's Motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for a continuance is **GRANTED**. This case is hereby continued from the November 2015, criminal term in the Statesville Division to the January 11, 2016, criminal term in the Statesville Division. **IT IS, ALSO, ORDERED** that the Clerk's Office schedule a Inquiry into Status of Counsel hearing upon Mr. Adolf's return before a Magistrate Judge.

Signed: October 19, 2015

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge