UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:15CR15-RLV |
| | ) | |
| v. | ) | MOTION REQUESTING |
| | ) | PEREMPTORY SETTING |
| (1) STEVEN W. CHASE | ) | |
| _____ | ) | |

NOW COMES the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and states the following:

1. A federal grand jury indicted Defendant on or about February 18, 2015 and charged him with violations of 18 U.S.C. §§ 2252(g), 2252(d) and (e), 2252A(a)(1), and 2252A(a)(5)(B). The indictment was superseded on March 17, 2015, and August 19, 2015 to add additional defendants and charges.

2. Defendant's case is currently set for trial during the January 11, 2016 term. His codefendants have entered guilty pleas.

3. The government anticipates calling witnesses from Maryland, Maine, Florida, and possibly other states to testify at trial.

4. The government seeks a peremptory setting for a date certain during the term as a peremptory setting would insure the availability of the government's witnesses and allow the witnesses to make travel arrangements. The government requests a date after January 18, 2016.

5. The government has attempted to consult defense counsel by phone and email regarding his position on this motion on multiple occasions. Counsel for Defendant responded that he anticipates filing a motion pursuant to 18 U.S.C. § 4241 but has not yet done so.

6.  For the reason stated above, the government respectfully requests that the court set this case to begin on a date certain but not before January 18, 2016.

WHEREFORE, the undersigned respectfully moves this Court to set a date for the commencement of this case.

This is the 21st day of December, 2015.

        JILL WESTMORELAND ROSE
        UNITED STATES ATTORNEY

        s/ Cortney S. Randall
        Assistant United States Attorney
        NC Bar Number: 31510
        Attorney for the United States
        United States Attorney's Office
        227 West Trade Street, Suite 1650
        Charlotte, North Carolina 28202
        Telephone: 704.344.6222
        Fax: 704.344.6629
        cortney.randall@usdoj.gov

        s/ Reginald E. Jones
        Trial Attorney
        Maryland Bar Number MS102806
        Attorney for the United States
        U.S. Department of Justice, Criminal Division
        Child Exploitation and Obscenity Section
        Telephone: 202.616.2807
        Reginald.Jones4@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day of December 21, 2015 the foregoing motion was duly served upon defendant's attorney via the electronic court filing system.

    Peter Adolf
    Attorney for Defendant
    Peter_Adolf@fd.org

    s/ Cortney S. Randall
    Assistant United States Attorney
    NC Bar Number: 31510
    Attorney for the United States
    United States Attorney's Office
    227 West Trade Street, Suite 1650
    Charlotte, North Carolina 28202
    Telephone: 704.344.6222
    Fax: 704.344.6629
    cortney.randall@usdoj.gov