**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:15CR15-1-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **STEVEN CHASE** | ) | |
| _____ | ) | |

  **THIS MATTER** is before the Court on its own motion to continue this matter from the February 29, 2016, criminal term, in the Statesville Division.

  On December 22, 2015, counsel of record, Peter Adolf, filed a Motion To Determine Competency of Defendant (Doc.#59), pursuant to 18 U. S. C. § 4241(a). On December 30, 2015, a hearing was held on the Motion, before the Honorable Judge David Keesler. At the hearing, Judge Keesler found there was reasonable cause to believe the Defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist defense counsel in his defense, and ordered the Defendant (Doc.#60) to have a psychological or psychiatric examination conducted, pursuant to 18 U. S. C. §§ 4241(a)(b). Moreover, the Defendant, pursuant to 18 U. S. C. § 4247(b), be committed immediately to the custody of the Attorney General for placement in a facility for the purpose of a psychological or psychiatric examination pursuant to 18 U. S. C. §§ 4241(a) and (b).

  However, to date, the Court has not seen a copy of the Court ordered examination, and the matter is set for trial during the Court's February 29, 2016, trial term. Therefore, the Court will continue this matter to the next trial term. **18 U. S. C. § 3161(h)(1)(A).**

Further, the Court finds that the end of justice is served by taking such action outweighs the best interest of the public and the Defendant to a speedy trial

**IT IS, THEREFORE, ORDERED** that a continuance is **GRANTED**. This case is hereby continued from the February 29, 2016, criminal term in the Statesville Division to the May 2, 2016, criminal term in the Statesville Division.

Signed: February 17, 2016

Richard L. Voorhees
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.

Signed: February 17, 2016

Richard L. Voorhees
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.