

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

3301 Leestown Road
Lexington, KY 40511-8799

February 8, 2016

FILED
STATESVILLE, N.C.
FEB 29 2016
U.S. District Court
Western District of N.C.

The Honorable David C. Keesler
United States Magistrate Judge
Western District of North Carolina
Statesville Division
200 West Broad Street, Room 304
Statesville, NC 28677

RE: CHASE, Steven
Case No. 5:15-CR-015-RLV-DCK
Reg. No. 62036-018

Dear Judge Keesler:

Your court order, dated December 30, 2015, committed Steven Chase to a mental health evaluation pursuant to Title 18, United States Code, Section 4241, to determine his competence to stand trial. Mr. Chase arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on February 5, 2016. Due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us 45 days from the date of the defendant's arrival at FMC Lexington to complete the evaluation. Under such a time frame, the evaluation would be completed by March 21, 2016, and a report would be available to the Court April 18, 2016.

If you concur with our request, please fax us a new order to (859) 253-8845. We sincerely appreciate your consideration in this matter.

Sincerely,

Francisco J. Quintana
Warden

SO ORDERED.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

DATE: March 1, 2016