IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:15CR15-RLV |
| ) | |
| v. ) | GOVERNMENT'S NOTICE OF |
| ) | INTENTION TO INTRODUCE |
| ) | SUMMARY CHARTS PURSUANT |
| (1) STEVEN W. CHASE ) | TO FED. R. CRIM. PROC. 1006 |
| ) | |

Now comes the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and hereby gives Notice of its intention to apply Federal Rules of Evidence 1006 to present the contents of voluminous writings at trial. Specifically, the Government intends to offer summary charts of the internet postings and online private messages of the Defendants and co-conspirators during the relevant time period. Copies of the underlying voluminous writings have been and are being made available to defense counsel prior to the commencement of trial.

Respectfully submitted this 6th day of September, 2016.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

s/ Cortney S. Randall
Assistant United States Attorney
NC Bar Number: 31510
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: cortney.randall@usdoj.gov

s/ Reginald E. Jones
Trial Attorney

Mississippi Bar Number: 102806
Attorney for the United States
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
Telephone: 202.616.2807
Reginald.Jones4@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this day, September 6, 2016, the foregoing was duly served upon counsel for the defendant by electronic means via the Court's ECF system to:

Peter Adolf
Attorney for Defendant
Peter_Adolf@fd.org

                          s/ Cortney S. Randall
                          Assistant United States Attorney
                          NC Bar Number:  31510
                          Attorney for the United States
                          United States Attorney's Office
                          227 West Trade Street, Suite 1650
                          Charlotte, North Carolina 28202
                          Telephone:  704.344.6222
                          Fax:  704.344.6629
                          E-mail:  cortney.randall@usdoj.gov

                          s/ Reginald E. Jones
                          Trial Attorney
                          Mississippi Bar Number: 102806
                          Attorney for the United States
                          U.S. Department of Justice, Criminal Division
                          Child Exploitation and Obscenity Section
                          Telephone: 202.616.2807
                          Reginald.Jones4@usdoj.gov

3

Case 5:15-cr-00015-RLV-DCK   Document 83   Filed 09/06/16   Page 3 of 3