IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN CHASE,<br><br>　　　　　Defendant. | DOCKET NO. 5:15 CR 15-1 |

**NOTICE OF REQUEST FOR JURY DETERMINATION OF FORFEITURE**

Steven Chase, by and through his counsel of record, Assistant Federal Defender Peter Adolf, respectfully requests, pursuant to Fed. R. Cr. P. 32.2(b)(5)(A) that, in the event he is convicted of any count or counts in the bill of indictment, the jury be retained to determine the forfeitability of any and all real or personal property for which the government seeks forfeiture.

　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　  s/ Peter Adolf
　　　　　　　　　　　　　Peter Adolf
　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　North Carolina Bar No. 37157
　　　　　　　　　　　　　Attorney for Steven Chase
　　　　　　　　　　　　　Federal Defenders of Western North Carolina, Inc.
　　　　　　　　　　　　　129 West Trade Street, Suite 300
　　　　　　　　　　　　　Charlotte, NC 28202
　　　　　　　　　　　　　(704) 374-0720 (phone)
　　　　　　　　　　　　　(704) 374-0722 (fax)
　　　　　　　　　　　　　Peter_Adolf@fd.org

DATE: September 9, 2016

# CERTIFICATE OF SERVICE

I, Peter Adolf, Assistant Federal Defender, hereby certify that I have served a copy of the attached Notice of Request for Jury Determination of Forfeiture upon the following via electronic filing:

**Cortney Randall**
U.S. Attorney's Office
227 W. Trade Street
Suite 1700
Charlotte, NC 28202
704-338-3116
704-227-0254 (fax)
cortney.randall@usdoj.gov

**Keith A. Becker**
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Ave., NW, Sixth Floor
Washington, DC 20530
202-305-4104
Fax: 202-514-1793
Email: Keith.Becker@usdoj.gov

**Michael Wayne Grant**
United States Department of Justice
1400 New York Ave, N.W.
Sixth Floor
Washington, DC 20005
202-307-1982
Fax: 202-514-1793
Email: michael.grant@usdoj.gov

**Reginald E. Jones**
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-286-1059
Fax: 202-514-1793
Email: reginald.jones4@usdoj.gov

Respectfully submitted:

  s/ Peter Adolf
Peter Adolf
Assistant Federal Defender
North Carolina Bar No. 37157
Attorney for Steven Chase
Federal Defenders of Western North Carolina, Inc.
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720 (phone)
(704) 374-0722 (fax)
Peter_Adolf@fd.org

DATE: September 9, 2016