FILED In Court
Statesville, NC

SEP 16 2016

US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:15-CR-00015-RLV-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | **VERDICT FORM** |
| ) | |
| STEVEN W. CHASE ) | |

We, the jury, return the following Verdict as to the charges contained in the Second Superseding Bill of Indictment against the Defendant, **STEVEN W. CHASE**:

## I. COUNT ONE

As to Count One, we the Jury find the Defendant, **STEVEN W. CHASE**

✓     **GUILTY**

_____     **NOT GUILTY**

of Engaging in a Child Exploitation Enterprise between on or about August 19, 2014 and March 4, 2015, as alleged in Count One of the Second Superseding Bill of Indictment.

If you found the Defendant **"Not Guilty"** as to Count One, then you shall continue to Count Two.
If you found the Defendant **"Guilty"** as to Count One, you must answer Special Interrogatory (1).

# SPECIAL INTERROGATORY 1

Predicate Offenses Supporting "Guilty" Verdict on Count One:

For purposes of Count One, please mark with an "X" which predicate offenses you unanimously agree that the Government established through proof beyond a reasonable doubt:

- [X] Advertising Child Pornography between on or about August 19, 2014 and March 4, 2015

- [X] Transporting or Shipping Child Pornography on or about February 1, 2015

- [X] Transporting or Shipping Child Pornography on or about October 12, 2014

- [X] Transporting or Shipping Child Pornography, on or about September 26, 2014

- [X] Possession of Child Pornography, between on or about August 19, 2014 and February 17, 2015

If you found that the offense of Advertising Child Pornography was a predicate offense, skip Count Two and Continue to Count Three.

If you found that the offense of Advertising Child Pornography was not a predicate offense, Continue to Count Two.

## II. COUNT TWO

As to Count Two, we the Jury find the Defendant, **STEVEN W. CHASE**

~~/signature/~~    **GUILTY**    BT

_____    **NOT GUILTY**    9/16/2016

of Conspiracy to Advertise Child Pornography between on or about August 19, 2014 and March 4, 2015, as alleged in Count Two of the Second Superseding Bill of Indictment.

Continue to Count Three.

## III. COUNT THREE

As to Count Three, we the Jury find the Defendant, **STEVEN W. CHASE**

__✓__    **GUILTY**

_____    **NOT GUILTY**

of Advertising Child Pornography between on or about April 14, 2014 and March 4, 2015, as alleged in Count Three of the Second Superseding Bill of Indictment.

Continue to Count Four.

## IV. COUNT FOUR

As to Count Four, we the Jury find the Defendant, **STEVEN W. CHASE**

__✓__        **GUILTY**

_____   **NOT GUILTY**

of Transporting or Shipping Child Pornography on or about February 1, 2015, as alleged in Count Four of the Second Superseding Bill of Indictment.

Continue to Count Five.

## V. COUNT FIVE

As to Count Five, we the Jury find the Defendant, **STEVEN W. CHASE**

__✓__    **GUILTY**

_____    **NOT GUILTY**

of Transporting or Shipping Child Pornography on or about October 12, 2014, as alleged in Count Five of the Second Superseding Bill of Indictment.

Continue to Count Six.

## VI. COUNT SIX

As to Count Six, we the Jury find the Defendant, **STEVEN W. CHASE**

__✓__    **GUILTY**

_____    **NOT GUILTY**

of Transporting or Shipping Child Pornography, on or about September 26, 2014, as alleged in Count Six of the Second Superseding Bill of Indictment.

Continue to Count Seven.

## VII. COUNT SEVEN

As to Count Seven, we the Jury find the Defendant, **STEVEN W. CHASE**

__✓__     **GUILTY**

_____     **NOT GUILTY**

of Possession of Child Pornography, between on or about August 19, 2014 and February 17, 2015, as alleged in Count Seven of the Second Superseding Bill of Indictment.

If you found the Defendant **"Guilty"** as to Count Seven, you must answer Question (1):

Question (1)  Age of Minor In Child Pornography

Concerning the child pornography possessed by Defendant relevant to Count Seven, did Defendant know that the child pornography involved a minor who had not attained 12 years of age:

☑   Yes

☐   No

You may end your deliberations now and return to the courtroom.

So say we all, this the __16th__ day of September, 2016.


**FOREPERSON**

Page **8** of **8**