UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:15-CR-00015-RLV-DCK-1

FILED In Court
Statesville, NC

SEP 16 2016

US District Court
Western District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | SPECIAL VERDICT FORM |
| v. ) | FORFEITURE |
| ) | |
| STEVEN W. CHASE ) | |

We, the jury, unanimously find by a preponderance of the evidence as follows:

**COUNT ONE FORFEITURE**

1. Was the real property at 3570 15th Avenue SW, Naples, Florida used or intended to be used to commit or to promote the commission of the Count One offense in violation of 18 U.S.C. § 2252A(g)?

    **X** Yes _____ No

2. Was the ASUS Laptop, Serial Number ELN0CV0907390L2, and identified as Government's exhibit number 66, used or intended to be used to commit or to promote the commission of the Count One offense in violation of 18 U.S.C. § 2252A(g)?

    **X** Yes _____ No

3. Was the Cruzer 128GB Thumbdrive, and identified as Government's exhibit number 68, used or intended to be used to commit or to promote the commission of the Count One offense in violation of 18 U.S.C. § 2252A(g)?

    **X** Yes _____ No

1

## COUNT THREE FORFEITURE

1. Was the real property at 3570 15th Avenue SW, Naples, Florida used or intended to be used to commit or to promote the commission of the Count Three offense in violation of 18 U.S.C. § 2251(d)?

    **X** Yes  _____ No

2. Was the ASUS Laptop, Serial Number ELN0CV0907390L2, and identified as Government's exhibit number 66, used or intended to be used to commit or to promote the commission of the Count Three offense in violation of 18 U.S.C. § 2251(d)?

    **X** Yes  _____ No

3. Was the Cruzer 128GB Thumbdrive, and identified as Government's exhibit number 68, used or intended to be used to commit or to promote the commission of the Count Three offense in violation of 18 U.S.C. § 2251(d)?

    **X** Yes  _____ No

Foreperson sign and date the completed verdict form.

[signature redacted]            9/16/2016
Foreperson                    Date