QUIT-CLAIM DEED

This instrument Prepared By:
Sheryl A. Fuller
EXECUTIVE TITLE INSURANCE SERVICES, INC.
4450 Bonita Beach Road, Suite #3
Bonita Springs, Florida 34134
97-4-207-JH

SPACE ABOVE THIS LINE FOR PROCESSING DATA     SPACE ABOVE THIS LINE FOR RECORDING DATA

This Quit-Claim Deed, Executed this 19th day of June, A.D. 19 97, by STEVE CHASE, A Married Man

first party, whose post office address is 3570 15th Avenue, SW Naples, FL 34117

to STEVE CHASE AND BARBARA CHASE, Husband and Wife

whose post office address is 3570 15th Avenue, SW Naples, FL 34117

second party:

(Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

Witnesseth, That the said first party, for and in consideration of the sum of $ 10.00 in hand paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party forever, all the right, title, interest, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of Collier State of Florida, to-wit:

THE EAST 105' OF THE EAST 180' OF TRACT 90, UNIT 27, GOLDEN GATE ESTATES, ACCORDING TO A PLAT THEREOF RECORDED IN PLAT BOOK 7, PAGES 17 AND 18, OF THE PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA.

SUBJECT TO covenants, restrictions, easements of records and taxes for the current year.

To Have and to Hold the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said first party, either in law or equity, to the only proper use, benefit and behoof of the said second party forever.

In Witness Whereof, The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Witness - Signature   S. Fuller
Witness - Print Name  Theresa R. Konowitch

STEVE CHASE

\*\*\* 2213507 OR: 2337 PG: 0771 \*\*\*
RECORDED in OFFICIAL RECORDS of COLLIER COUNTY, FL
08/08/97 at 09:09AM DWIGHT E. BROCK, CLERK
REC FEE    6.00
DOC-.70     .70

Retn:
EXECUTIVE TITLE INSURANCE
PICK UP

Witness - Signature
Witness - Print Name

STATE OF FLORIDA,
COUNTY OF Lee

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared STEVE CHASE to me known to be the person(s) described in and who executed the foregoing instrument or who has produced Driver's License as identification and who did (did not) take an oath acknowledged before me that he executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 19th day of June A.D. 19 97

My Commission Expires:

SHERYL A. FULLER
MY COMMISSION # CC 464476
EXPIRES: July 27, 1999
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC (Signature)

(SEAL)


Case 5:15-cr-00015-RLV-DCK   Document 100-1   Filed 09/23/16   Page 1 of 1