UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

UNITED STATES OF AMERICA,     ) DOCKET NO. 5:15-cr-15-1
                              )
            vs.               )
                              ) VOLUME I OF IV
STEVEN W. CHASE,              )
                              )
            Defendant.        )
_____)


            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
         BEFORE THE HONORABLE RICHARD L. VOORHEES
            UNITED STATES DISTRICT COURT JUDGE
                  SEPTEMBER 13, 2016


APPEARANCES:

On Behalf of the Government:

      REGINALD E. JONES, ESQ.,
      United States Department of Justice
      1400 New York Avenue, NW
      Washington, DC 20005

      CORTNEY S. RANDALL, ESQ.,
      Assistant United States Attorney
      227 West Trade Street, Suite 1700
      Charlotte, North Carolina 28202

On Behalf of the Defendant:

      PETER ADOLF, ESQ.,
      Federal Defenders of Western North Carolina
      129 West Trade Street, Suite 300
      Charlotte, North Carolina 28202




                  LAURA ANDERSEN, RMR
                  Official Court Reporter
               United States District Court
                Charlotte, North Carolina

1                           I N D E X
              SEPTEMBER 13, 2016; VOLUME I of IV
2     DESCRIPTION                                PAGE

3     Pretrial Motions                            3
      Jury Impaneled                             15
4     Opening Instructions                       16

5          Openings:
           MR. JONES                             28
6          MR. ADOLF                             36

7     GOVERNMENT WITNESS:                        PAGE

8     DANIEL O'DONNELL
         Direct Examination By Mr. Jones         46
9
                       *  *  *  *  *  *
10                  E X H I B I T S
      GOVERNMENT EXHIBITS:
11    NUMBER                                  ADMITTED

12    1-39b ........................................67
      42    ........................................46
13    43    ........................................46
      44    ........................................46
14    45    ........................................46
      46    ........................................46
15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2    TUESDAY, SEPTEMBER 13, 2016:

3              (Court called to order at 9:43.)

4              THE COURT:  Good morning, ladies and gentlemen.

5              ALL COUNSEL:  Good morning, Your Honor.

6              THE COURT:  A couple things pertaining to motions.

7         First, should there be a guilty verdict, we would

8    consider the request about polling jurors concerning

9    sentencing, although I haven't ever heard of that being done

10   before.  I do have a case where someone in the Sixth Circuit

11   has done that.  So we can hear you on that if you want to

12   pursue that after a verdict.

13        It appears that the forfeiture issue, should there

14   be a finding of guilty, would be appropriate for jury

15   determination.  Any objection to that idea?

16             MS. RANDALL:  No, Your Honor.

17             THE COURT:  So we'll take that up and we have some

18   jury instructions we've used in the past to let the jury make

19   any necessary finding along that line.

20        Concerning the Government's motion to exclude

21   certain evidence, the Government relies on Rules 401, 402 and

22   403.  The Court will grant that motion to exclude evidence of

23   the Government's operation of the PlayPen website following

24   defendant's arrest.  To the extent that comes into conflict

25   with the evidence or, rather, the fact that the charges

1   evidently include a period of time after the defendant's

2   arrest, meaning that the activities of the Government on the

3   website could be ostensibly relevant.  However, it seems to

4   the Court that if the Government by stipulation, or the

5   parties by agreement otherwise, would simply avoid -- well, if

6   there was a stipulation that the defendant be allowed, excuse

7   me, a stipulation to the jury that the Government is not

8   presenting evidence of his operating the website after his

9   arrest that would seem to solve the problem.  Any comment

10  there?

11            MR. ADOLF:  Judge, may I be heard on that motion?

12            THE COURT:  Yes, you may.

13            MR. ADOLF:  The government starts that this is an in

14  limine motion so it's asking the Court for an evidentiary

15  ruling, essentially, before any evidence has been presented.

16  And the Government sets out a number of things that the --

17  their evidence of when they were running the website is not

18  relevant.  But there are other matters to which it is relevant

19  and will be relevant, I believe.

20            And the first and foremost of that is that

21  throughout the -- well, the Government's case is based on what

22  they are saying is Mr. Chase's activities running this website

23  over a number of months, and is based on historical

24  information that they got out of the website.  How reliable

25  that information is, is the primary task of the jury.  And

1  they are saying that they can peg specific actions were taken

2  on the website, based on electronic data that was taken from

3  the website, and connect that to Mr. Chase.

4  However, as Your Honor may be aware from the

5  motions, the Government had considerable difficulty

6  identifying who was using the website; what kind of data was

7  going out; and what volume; and all kinds of very basic things

8  while they themselves were running it, which was not

9  historical information.  That was information they were

10  getting in real time.

11  So I think that is very important for the jury to

12  understand that this data is not necessarily clean cut and

13  it's not clear what it means.  And there's difficulties in how

14  it's retained and what it means.  And you can see that because

15  there are difficulties the Government had using that same data

16  or even figuring it out while they themselves were running the

17  website.

18  So I agree whether the Government's actions were

19  legal or not legal, whether they were proper or improper is no

20  business of the jury's.  But I think it is important for the

21  jury to realize that reliability of the data is the key

22  question here.  And if the Government could not get reliable

23  data while they were running the websites themselves, that's

24  something the jury needs to weigh when they were looking at

25  the data that they found before they got there.

1    So I think relevance is clear.  And relevance is not
2    a high standard.  It's just a -- does it make it -- could it
3    influence the jury one way or the other as far as the decision
4    making?  Is it a fact that could play into their calculus?  We
5    don't have to prove anything by any particular standard.

6    So then the question becomes whether it's
7    prejudicial to the Government.  And look, Judge, in their
8    response to my motion to dismiss the Government basically said
9    that this is no different than what they do in lots of
10   different kinds of cases and lots of different kinds of
11   context.

12   The Courts, and I believe the public, give the
13   Government considerable deference in how they run
14   investigations.  And what it comes down to is the Government
15   saying to exclude this evidence.  That if the jury hears that
16   the Government ran the website for two weeks they're going to
17   be so outraged that they're going to set Mr. Chase free even
18   if they believe he's guilty.  I don't know that anybody
19   believes that.

20   I think juries are very deferential to the
21   Government.  I think they can be properly instructed on it,
22   what purposes to make of it or not.  And, frankly, we can voir
23   dire on it if we need to.  To say that there was a period of
24   time when the Government ran the website in order to catch
25   more persons involved in child pornography and see if that's

1    something that would make them -- cause them to be unfair to

2    the Government or Mr. Chase.  I don't think it would be.

3           So I think the proof is what the Government said.

4    They believe they did everything right.  They believe those

5    are the decisions they're entitled to make.  And I think, in

6    general, people understand what an undercover operation is.

7           So I may have a personal opinion about it, but I

8    don't think the jurors are -- I don't think there's a serious

9    risk that the jurors will be so prejudiced against the

10   Government because of what they did in this case that that's

11   going to affect their decision.

12           THE COURT:  We'll hear from the Government on that.

13           MR. JONES:  Briefly, Your Honor.  Reggie Jones on

14   behalf of the United States.

15           Your Honor, all the data that the defendant is

16   referring to occurred subsequent to the defendant's --

17   defendant being identified and arrested, Your Honor.

18           The Defendant Steven Chase was identified and

19   arrested prior to the Government's operation of its website,

20   Your Honor.  And, therefore, any mention of evidence or

21   discussion regarding the website is totally unrelated to any

22   conduct which the defendant's being prosecuted here today,

23   Your Honor.

24           Like I said, Your Honor, the defendant created this

25   website, had been running it six months prior to being

1   identified by the Government.  You know, once he was

2   identified and arrested, it was subsequent to that when the

3   Government took over the website in order to identify other

4   child pornography users who operated on the website, Your

5   Honor.  And under 402 irrelevant evidence is not admissible,

6   Your Honor.  And so, evidence of the Government's subsequent

7   operation or any data contained therein does not help or

8   assist a jury in deciding any issue affected in this case,

9   Your Honor.  And, therefore, the United States admits [sic]

10  that it is irrelevant and it should be admissible [sic] under

11  402, Your Honor.

12          Even just briefly, even going a step further, Your

13  Honor, in addressing the defendant's prejudice argument, Your

14  Honor, even under 403 --

15          THE COURT:  Now -- the Court Reporter said that,

16  "therefore the United States admits it's irrelevant," and I

17  think you probably meant or said "submits it's irrelevant."

18          And she reports that -- this is of course

19  extemporaneous -- "and should be admissible."  I think you

20  possibly meant or were saying --

21          MR. JONES:  Should be inadmissible.  I'm sorry, Your

22  Honor, if I said admissible.

23          THE COURT:  I just wanted to make that clear.

24          MR. JONES:  Yes, for the record, inadmissible, Your

25  Honor.

1          THE COURT:  So you have to slow down a little bit so
2    she can actually get what you're saying.
3          MR. JONES:  Will do.
4          THE COURT:  And not the opposite of.
5          MR. JONES:  I apologize for that.
6          Yes, Your Honor, the Government believes that any
7    evidence of the operation is irrelevant and it should be
8    inadmissible throughout the course of this trial.
9          THE COURT:  Right.
10         Well, the defendant has shown a possible pathway
11   where the evidence might be relevant to the extent it's
12   necessary to, in effect, separate the evidence that comes from
13   before and after the arrest cleanly, given that the Government
14   is evidently relying on some evidence post arrest.
15         MR. JONES:  Your Honor --
16         THE COURT:  Now, however, the evidence in raw form
17   is irrelevant because it relates to investigatory
18   after-the-fact activity by the Government.  So I will grant
19   the motion and say that the parties will not be allowed to go
20   into that or bring it up until the Court determines there's a
21   foundation for it.
22         So in the course of examining witnesses, however,
23   it's obvious to the Court that defendant would be allowed to
24   talk to computer witnesses, for example, about some clean
25   dividing line between evidence for which the defendant might

1  be culpable or not.  But nevertheless, I ask you to avoid the

2  idea that the Government was running this website for the

3  purpose of apprehending others who might be involved until the

4  Court can determine that -- the prejudice which would be

5  present is overridden by the relevant factors.

6          MR. JONES:  Thank you, Your Honor.

7          THE COURT:  Now, in terms of sentencing, generally,

8  as is the norm in criminal cases, I would ask the parties to

9  avoid any reference to the length of sentence as such.

10 Ordinarily, in argument parties may rely on how serious a case

11 it is or how important it is to the defendant, and that's as

12 far as I would say it could go.

13         MR. ADOLF:  Judge, just to -- briefly, to address

14 the previous motion so I understand the Court's ruling.

15         If I feel that there is a time when it's necessary

16 to question about the Government's operation of the website

17 I'll ask for a sidebar and make an offer of proof as to why I

18 think at that point it's relevant.

19         THE COURT:  That would be a good idea.

20         MR. ADOLF:  And so we won't discuss that in opening,

21 obviously, as per the Court's ruling.

22         But just so the Court is aware of where it may go,

23 the other aspect that might be relevant to the defense as far

24 as the Government running the website afterwards, is that Your

25 Honor is aware that the Government -- the reason they ran the

1    website was because they were able -- once they had the

2    website they were able to hack the computers of any users to

3    discover where they were, because they otherwise couldn't

4    figure that out.

5         And it may be that we raise the defense that the

6    same thing was done to Mr. Chase, just not by the Government.

7    Because these are tools that, in general, are used by

8    criminals, people to get people's personal information for the

9    purpose of identity theft and things of that nature.  And the

10   Government used the same kind of tool, and there are aspects

11   to what the Government did, such to the fact that it's

12   possible to deploy that kind of software and not leave a trace

13   on the target computer, which is what they testified to in

14   prior related cases here.

15        So it may be that if what we end up talking about is

16   the fact that Mr. Chase's computer may have been hacked and

17   that may be reflected in the evidence that we have on that

18   server, which would go directly to whether he committed the

19   charged acts or not.  It may be important to get the jury to

20   understand this can happen.  That if you click on a link on a

21   website that's controlled by people who are trying to hack

22   you, they can actually get information off your computer and

23   leave no trace of it because that's what the Government did

24   when they ran the website.

25        So that may be important to a potential defense that

1   it was someone else either controlling his computer or that

2   someone else got information necessary to pose as him,

3   basically, using the same kind of tool the Government used in

4   this case.

5          So that's why when that comes up, for instance, if

6   they have an expert on the stand who is involved in that I may

7   be asking him about how that works so they can show the jury

8   that this is, in fact, possible.  The jury can understand what

9   goes on, on the internet.

10          THE COURT:  I understand, I believe, your argument.

11          MR. ADOLF:  Thank you, Your Honor.

12          MS. RANDALL:  Your Honor --

13          THE COURT:  And I would simply comment that it's

14   always difficult to separate out evidence -- it may be

15   something that seems easy on paper but it's not as easy in

16   trial.  Consequently, it would be important to hear you fully

17   on that when the subject comes up.

18          MR. ADOLF:  Thank you, Your Honor.

19          THE COURT:  But you understand -- we have the

20   prohibition on these areas as of now.

21          MR. ADOLF:  Yes, Your Honor.  We will definitely

22   address those with the Court before contemplating addressing

23   them with the jury.

24          THE COURT:  All right, sir.  Thank you.

25          MR. JONES:  Thank you, Your Honor.

1          THE COURT:  All right.  Now, anything further before
2    we bring the jury up?
3          MS. RANDALL:  Your Honor, the only other
4    outstanding -- I guess it's more of a notice than instead of a
5    motion.  You may need to, you know, just wait to hear the
6    evidence.  The government filed a notice of intent to offer
7    evidence found in the defendant's residence which was in
8    Florida, and we offered it up as intrinsic to the actual crime
9    charged because it goes to showing the identification of the
10   defendant and his motive and his modus operandi and all that.
11   But alternative theories of it being admissible under Rule 414
12   as well as 404(b).  So I don't know if Mr. Adolf wanted to be
13   heard on that.
14         MR. ADOLF:  Judge, frankly, all I understood from
15   that motion was that they're trying to admit the electronic
16   evidence that was found in Mr. Chase's residence, such as
17   there was a hard drive that had -- or a thumb drive or
18   something that had child pornography on it.
19         I really don't have a -- I don't think I really have
20   an objection -- well, I don't think I have a solid ground to
21   object to that, particularly since he's charged with
22   possession of that same child pornography so -- as long as
23   that's what we're talking about, which is what I understood
24   from the motion, I don't really think I have a basis to object
25   to that.

1          THE COURT:  All right.

2          MS. RANDALL:  That's correct, Your Honor.  It would

3     be the evidence that was recovered -- the electronic evidence

4     recovered from his house and the forensic examination of those

5     items on what we found.

6          THE COURT:  All right.  Thank you.

7          MR. JONES:  Thank you, Your Honor.

8          THE COURT:  May we have the jury, please.

9          THE DEPUTY CLERK:  Yes, sir.

10          (Jury voir dire is in a separte volume.)

11          (The jury is not present.)

12          THE COURT:  Anything for the Court before we recess

13     for lunch?

14          MS. RANDALL:  Just briefly, Your Honor.  I can't

15     remember in your introductory instructions to the jury about

16     whether there is something in there about not looking online

17     or doing any online research.  Just because this case had

18     received some media attention.  I think at some point before

19     they leave for the evening, just if you can instruct them

20     don't look online --

21          THE COURT:  They will be instructed plentifully.

22     And that is the -- not only the FJC, the Federal Judicial

23     Center command, really, but it's supported by empirical

24     evidence, and we would absolutely cover that and hope it

25     takes.

1              MR. JONES:  Thank you, Your Honor.

2              MS. RANDALL:  Thank you, Your Honor.

3              (Lunch recess.)

4              THE COURT:  Fifteen minutes satisfactory for opening

5    statements?

6              ALL COUNSEL:  Yes, Your Honor.

7              THE COURT:  Now, folks, we are going to bring in the

8    jury and give them the preliminary jury instructions after

9    they are impaneled.

10             Ready to move along?

11             MR. ADOLF:  Just missing the defendant, Your Honor.

12             THE COURT:  Beg your pardon?

13             MR. ADOLF:  We're still waiting for the defendant.

14             THE COURT:  Sure do.  Thank you.

15             (The defendant is present.)

16             We will call for the jury, please.

17             (The jury was returned to the courtroom.)

18             THE COURT:  Okay.  Welcome back, members of the

19   jury.  It appears that you're all settled and let's now

20   undertake the preliminary jury instructions.  But first I'll

21   ask the clerk to please impanel the jury.

22             (Twelve jurors and four alternates were selected and

23   passed by the Government and the Defendant.  All 16 jurors

24   were duly impaneled.)

25             THE COURT:  Thank you, Madam Clerk.

1    Now, members of the jury, I give you these

2    preliminary instructions to guide you in your participation in

3    the trial.

4    It will be your duty to decide from the evidence

5    what the facts are. You and you alone are the judges of the

6    facts. And you will apply to those facts that you find from

7    the evidence, the law as the Court will give it to you. And

8    the Court refers to the presiding judge. You must follow that

9    law whether you agree with it or not. And that of course

10   assures that we all abide by the same law.

11   Nothing the Court may say or do during the course of

12   the trial is intended to indicate or should be taken by you as

13   indicating what your verdict should be. The evidence from

14   which you will find the facts will consist of testimony of the

15   witnesses, the documents and other things received into the

16   record as exhibits, including any exhibit such as photographs

17   or videos and that sort of thing. And the evidence also

18   consists of any facts the lawyers may agree or stipulate to or

19   that the Court may instruct you to find.

20   Certain things on the other hand are not evidence

21   and must not be considered by you in arriving at your verdict.

22   First of all, the statements, the arguments, and the

23   questions by the lawyers are not evidence. So you have to

24   make a distinction in your mind between what is said from the

25   witness stand which is evidence and that which is said by

1    counsel which is not.

2         Objections to questions are not evidence.  The

3    lawyers have an obligation to their respective clients to make

4    objection if they think some piece of evidence may be improper

5    under the rules of evidence.  You should not be influenced by

6    the objection or by the Court's ruling on it.  If you are

7    instructed that some item of evidence is received for a

8    limited purpose only, you must follow that instruction.

9         Testimony that the Court excludes and tells you to

10   disregard is not evidence.

11        Anything you may have seen or heard outside the

12   courtroom is not evidence and must be disregarded.  You are to

13   decide the case solely on the evidence presented here in the

14   courtroom.

15        There are two kinds of evidence it is sometimes

16   said; direct and circumstantial.  Direct evidence is direct

17   proof of a fact such as testimony of an eyewitness.

18   Circumstantial evidence is proof of facts on which you may

19   infer or conclude that other facts exist.  I'll give you other

20   instructions on this and other matters at the end of the case,

21   but keep in mind you may consider both kinds of evidence on an

22   equal footing.

23        It will be up to you to decide which witnesses to

24   believe, which witnesses not to believe, or how much of any

25   witness's testimony to accept or reject.  I'll give you other

1    guidelines for determining credibility of witnesses at the end

2    of the case.

3         Now as you've been told, this is a criminal case and

4    there are three basic rules about criminal cases that you must

5    keep in mind.  And these are all pretty much identical to what

6    you would find in state court.  In other words, throughout the

7    country these are basic rules for criminal cases.

8         First, the defendant is presumed innocent until

9    proven guilty.  The indictment brought by the Government

10   against the defendant is only an accusation and nothing more.

11   It is not proof of guilt or anything else.  The defendant

12   therefore starts out with a clean slate.

13        Second, the burden of proof is on the Government

14   until the very end of the case.  The defendant has no burden

15   to prove his innocence or to present any evidence or to

16   testify.  And since he has that right to remain silent, the

17   law prohibits you from arriving at your verdict by considering

18   that he may not have testified.

19        Third, the Government must prove the defendant's

20   guilt beyond a reasonable doubt on a given charge before there

21   could be a conviction on that charge.

22        I'll give you other further instructions on this

23   point later, but bear in mind that in this respect a criminal

24   case is different from that in a civil case.

25        Now in this case the charges are set forth in a

document called "Second Superseding Bill of Indictment." And
I will read to you the charges. And I remind you that as I
said just a moment ago, the charges are not evidence and
they're not any evidence of guilt or anything else. It's only
an accusation which puts the matter before you for a decision
at the appropriate time.

Now, Count One has been called the "Enterprise
Count." And it alleges that on or about August 19, 2014 and
March 4, 2015, in Caldwell County, within the Western District
and elsewhere, that Steven W. Chase, Michael Fluckiger, and
David Lynn Browning did knowingly engage in a child
exploitation enterprise, that is, those three individuals are
alleged to have violated Section 110 of Title 18 of the United
States Code as a part of a series of felony violations
constituting three or more separate incidents and involving
more than one minor victim, which offenses include those
described in Counts Three through Thirteen of this indictment
incorporated herein, and committed those offenses in concert
with three or more other persons.

And all of this would be in violation of Title 18,
United States Code Section 2252A(g).

Now, of course you'll have a copy of this Bill of
Indictment with you in the jury room when you deliberate so
that you won't need to try to memorize these charges in any
detail now. And you've been given notepads and you're free to

1     use those for any particular purpose as you see fit.

2          Now Count Two alleges that between on or about

3     August 19, 2014 and March 4, 2015, in Caldwell County, within

4     the Western District of North Carolina and elsewhere, that

5     Steven W. Chase, and Michael Fluckiger, and David Lynn

6     Browning did knowingly conspire to make, print, and publish,

7     and cause to be made, printed, and published, any notice and

8     advertisement seeking and offering to receive, exchange, buy,

9     produce, display, distribute, and reproduce, any visual

10    depiction, the production of which visual depiction involved

11    the use of a minor engaging in sexually explicit conduct and

12    such visual depiction was of such conduct; and participation

13    in any act of sexually explicit conduct by and with any minor

14    for the purpose of producing a visual depiction of such

15    conduct; knowing and having reason to know that such notice

16    and advertisement would be transported using any means and

17    facility of interstate and foreign commerce and in and

18    affecting interstate and foreign commerce by any means,

19    including by computer, and such notice of advertisement was

20    transported using any means and facility of interstate and

21    foreign commerce and in and affecting interstate or foreign

22    commerce by any means, including by computer.

23          That may sound like a mouthful, and it is, but you

24    will have explicit instructions given to you at the end of the

25    case that breaks down these counts by separate elements that

1    will be presented to the jury for their consideration.  And

2    the burden on the Government will be to prove beyond a

3    reasonable doubt the elements of each offense on the charge

4    against this defendant.

5             Now, Count Three alleges that between on or about

6    August 19, 2014 and March 4, 2015, in Caldwell County, within

7    the Western District of North Carolina and elsewhere, that the

8    same three individuals I read out before including the

9    defendant, did knowingly make, print, and publish, and cause

10   to be made, printed, and published, any notice and

11   advertisement seeking and offering to receive, exchange, buy,

12   produce, display, distribute, and reproduce, any visual

13   depiction, the production of which visual depiction involved

14   the use of a minor engaging in sexually explicit conduct and

15   such visual depiction was of such conduct; and participation

16   in any act of sexually explicit conduct by and with any minor

17   for the purpose of producing a visual depiction of such

18   conduct; knowing and having reason to know that such notice

19   and advertisement would be transported using any means and

20   facility of interstate and foreign commerce and in and

21   affecting interstate and foreign commerce by any means,

22   including by computer, and such notice and advertisement was

23   transported using any means and facility of interstate and

24   foreign commerce and in and affecting interstate and foreign

25   commerce by any means, including by computer.

1     That is alleged in violation of Section 2251(d) of
2  Title 18.

3     Count Four is brought against Mr. Chase alone, and
4  it alleges that on or about February 1, 2015, in Caldwell
5  County, within the Western District of North Carolina and
6  elsewhere, Steven W. Chase knowingly transported and shipped,
7  using any means and facility of interstate and foreign
8  commerce, and in and affecting interstate and foreign commerce
9  by any means, including by computer, any child pornography, as
10 defined in Title 18 U.S. Code Section 2256(8)(A).

11    All in violation of Title 18 U.S. Code Section
12 2252A(a)(1).

13    Now, I believe Count Five, then, alleges the same
14 offense as Four against Mr. Chase, but it alleges that it
15 occurred on October 12, 2014.

16    And, likewise, Count Six, again, the same basic
17 charge against this defendant but alleging that the date,
18 again in Caldwell County was on or about September 26, 2014.

19    Count Seven alleges that between on or about
20 August 19, 2014 and February 17, 2015, in Caldwell County,
21 within the Western District of North Carolina and elsewhere,
22 Steven W. Chase knowingly possessed any film, videotape,
23 computer disk, and any other material that contained an image
24 of child pornography, as defined in Title 18, U.S. Code,
25 Section 2256(8)(A), that involved a minor who had not attained

1    12 years of age, and that has been mailed, and shipped, and

2    transported using any means of interstate and foreign

3    commerce, in and affecting interstate and foreign commerce by

4    any means, including by computer, and that was produced using

5    materials that have been mailed, shipped, and transported in

6    and affecting interstate and foreign commerce by any means,

7    including by computer, in violation of the same

8    Section 2252A(a)(5)(B).

9              Now the next count alleged -- well, strike that.

10             That's the part of the indictment that pertains to

11   our work, primarily.

12             Now a few conduct words, that is, a word or two

13   about your conduct as jurors.  This is a very important part

14   of these preliminary instructions and I won't be giving them

15   as such again.  I may remind you of them.

16             You as jurors must decide this case based solely on

17   the evidence presented here within the four walls of this

18   courtroom.  This means that during the trial you must not

19   conduct any independent research about this case, the matters

20   in this case, and the individuals or companies involved in

21   this case.

22             In other words, you should not consult dictionaries

23   or reference materials, search the internet, websites, or

24   blogs, or use any other electronic tool to obtain information

25   about this case, or to help you decide the case.  Please do

1   not try to find out information from any source outside the

2   confines of this courtroom.

3           Until you retire to deliberate you may not discuss

4   this case with anyone even your fellow jurors.  So as we take

5   an overnight break, if someone at home should ask you about

6   the case you would say, The Court has instructed me not to

7   talk about it until it's over.  When it is over, you may talk

8   about it all you wish but not before then.

9           As you know, once you open the discussion about

10  something you have other questions coming at you and then you

11  have to be in a full blown discussion about the case.  Well

12  none of this must take place whatsoever.  So just tell people

13  if it comes up that the Judge has said I must not discuss this

14  case until it is over.

15          So until after you retire to deliberate you may not

16  discuss the case.  But when you do deliberate, then you may

17  begin discussing the case with your fellow jurors.  But you

18  cannot discuss the case with anyone else until you have

19  returned a verdict and the case is at an end.

20          Now I know that many of you use cell phones,

21  Blackberries, the internet, and other tools of technology.

22  You must also not talk to anyone at anytime about this case or

23  use these tools to communicate electronically with anyone

24  about the case, this includes your family and friends.  You

25  may not communicate with anyone about the case on your cell

1  phone, through email, Blackberry, iPhone, text messaging, or

2  on Twitter, or through any blog, or website, including

3  Facebook, Google, My Space, LinkedIn, or You Tube.  You may

4  not use any similar technology of social media, even if I have

5  not specifically mentioned it here.

6          I expect you will inform me at such time and as soon

7  as you become aware of another juror's violation of these

8  instructions.  A juror who violates these instructions

9  jeopardizes the fairness of the proceeding and a mistrial

10  could result which would require the entire process to start

11  over.

12          Finally, do not form any opinion until all the

13  evidence is in.  Keep an open mind until you start your

14  deliberations at the end of the case.

15          Now, obviously we can't get all the evidence in the

16  twinkling of an eye.  It has to come in witness by witness as

17  the witnesses are examined and cross-examined.  And until

18  you've heard all of that you haven't gotten the full story,

19  and you haven't heard the instructions from the Court as to

20  the law.  So that's when you start making up your mind, when

21  the case is concluded, except for deliberations, and then in

22  deliberation with your fellow jurors you discuss the case and

23  decide it.

24          Now, then, concerning note taking.  If you want to

25  take notes during the course of the trial you may do so, of

1    course.  However, it is difficult to take detailed notes and
2    pay attention to what the witnesses are saying at the same
3    time.  And as you know, sometimes how people are saying things
4    and how they present themselves, body language, and so on,
5    sometimes can be equally important to what they're actually
6    saying.  So it's important to pay attention to these
7    witnesses.

8            So if you do take notes, be sure your note taking
9    does not interfere with your listening to and considering all
10   the evidence.  Also, if you do take notes, do not discuss them
11   with anyone before you begin your deliberations.  Do not take
12   your notes with you at the end of the day.  Be sure to leave
13   them either in the jury room or at your seats there in the
14   jury box and they will be secure in either place.

15           And if you choose not to take notes, remember it's
16   your own individual responsibility to listen carefully to the
17   evidence.  You cannot give this responsibility to someone who
18   is taking notes.  We depend on the judgment of all the members
19   of the jury and you must remember all the evidence in the
20   case.

21           Now, in the course of proceeding we'll go forward as
22   follows:

23           First, the Government will have an opportunity to
24   make an opening statement, which would simply be an outline to
25   help you understand the evidence as it comes in.

1          Next, the defendant's attorney may but does not have

2     to make an opening statement.  Opening statements are neither

3     evidence nor arguments.

4          The government will then present its witnesses and

5     counsel for defendant may cross-examine them.  Following the

6     Government's case the defendant may, if he wishes, present

7     witnesses whom the Government may cross-examine.

8          After all the evidence is in the attorneys will

9     present their closing arguments to summarize and interpret the

10    evidence for you.  And the clerk -- or rather the Court would

11    then instruct you as to the law and after that you would

12    require to deliberate on your verdict.

13         Now we normally take a 15-minute break morning and

14    afternoon, but if at any time any of you wants an additional

15    break, just raise your hand and get the attention of the

16    Clerk, Marshal or the Court and we'll see to it that we do

17    that.

18         I already talked to you about what sidebars are.

19         And that concludes the Court's preliminary jury

20    instructions to you.  Please take heed of those and that will

21    help you understand your role in the case and how you conduct

22    yourselves.

23         Is the Government ready with opening statement?

24         MR. JONES:  We are, Your Honor.

25         THE COURT:  You may proceed.

1          MR. JONES:  Good afternoon, ladies and gentlemen of

2    the jury.

3          Again, my name is Reggie Jones, and I, along with my

4    co-counsel Cortney Randall, as well as FBI Special Agent Dan

5    Alfin, together we represent the United States in this case.

6          Ladies and gentlemen of the jury, this is a very

7    simple, a very straightforward case, yet, it's a very, very

8    disturbing, a very troubling case.  It's a case about the

9    defendant Steven Chase creating and running a massive global

10   child pornography website.  A website, the evidence will show,

11   contained more than 150,000 members from all around the world

12   dedicated to the sexual abuse of children online; children as

13   young as toddlers.

14         Now, you ask:  How does the defendant create and run

15   this massive global child pornography website?  Well, let's

16   walk through the facts in this case and discuss how he ran it.

17         In December 2014 the FBI was provided an IP address

18   of a child pornography website believed to be hosted in the

19   United States.  Agents were able to subsequently access this

20   site and determine that it was being hosted at a facility in

21   Lenoir, North Carolina.  The name of this child pornography

22   website was "PlayPen."  You will hear the word "PlayPen"

23   referred to a lot throughout the course of this trial.

24         Now PlayPen wasn't a child pornography site you

25   could just get on the regular internet and Google to find or

1    enter a web address to find.  PlayPen operated on the Tor

2    network.  Now Tor is a free downloadable software you can

3    install on your computer.  We'll refer to the Tor network as

4    the Dark Web throughout the course of this trial.

5           Now, unlike the regular internet where our locations

6    and web pages we access can be tracked by our internet

7    protocol address or IP address -- and very quickly because I

8    mentioned IP address a few minutes ago.  An IP address is

9    simply like a phone number attached to your computer.  Anytime

10   anyone accesses the regular internet, their computer is

11   assigned an IP address by the internet service provider,

12   whether it be TimeWarner or Comcast or any other internet

13   provider.  And for that period of time that user is the only

14   other one on the internet with that number.

15          Now, unlike the regular internet, the Dark Web

16   allows users to access various web pages and web sites without

17   their IP address being able to be identified.  It also allows

18   users to be able to host various websites without the IP

19   addresses of the website also being able to be identified.

20          So you ask me, if PlayPen operated on the Dark Web,

21   how were agents able to access it and determine that it was

22   being hosted at a facility in Lenoir, North Carolina.  And

23   further, how were they able to determine that Steven Chase was

24   the individual who created and ran this child pornography

25   website?

1    Well, thankfully, ladies and gentlemen of the jury,

2    the website had been misconfigured.  It wasn't working

3    properly.  So agents were able to access it on the regular

4    internet.

5            Now let's talk a few minutes about how the PlayPen

6    website operated.

7            So in order to access the site and become a member,

8    users had to input a username and a password.  An email

9    address is also required, although it didn't have to be real.

10   And the defendant encouraged users not to input a real email

11   address for security purposes to evade law enforcement.

12           Once you access the site and became a member there

13   are various sections of the site that you can access.  We'll

14   walk you through some screen shots of how the site looks so

15   you can get a good idea of how this website was set up.  Some

16   of the sections on this website included a Toddler section, a

17   Preteen Boy section, a Preteen Girl section, a Preteen Hard

18   Core section, and a Kinky Fetish section.  Evidence will show

19   that users and members of the site accessed these sections to

20   encourage and support each other regarding sexual abuse of

21   children online.

22           The entire PlayPen child pornography -- the entire

23   PlayPen website was dedicated to child pornography.  There was

24   no adult pornography on this website.  Some of the worst of

25   the worst material, the most egregious child pornography on

1   the site were in the spanking section, the incest section, and

2   the toddler section.  The toddler section contained more than

3   1,300 postings by members which included images of infants and

4   toddlers being sexually abused by adults.  In total, the

5   PlayPen child pornography website contained thousands of posts

6   and messages, and more 100,000 images of child pornography.

7          Now let's walk through and spend a few minutes and

8   walk through the defendant's involvement on this website.

9          Not only did the defendant create and run this

10  website as the primary administrator of this website using the

11  user account PlayPen, that's right, the defendant's username,

12  the name he went by while accessing this website was the exact

13  same name of the website.  So under this username PlayPen,

14  this defendant would approve membership, he would set up

15  various rules of the site, and he also named various sections

16  on this website.

17         Not only did the defendant serve as primary

18  administrator of the site, he also chose two other

19  individuals, two other members of the site to help him run it.

20  And this defendant and the two other administrators he chose

21  to help him run this site, they also chose two individual

22  members to be global moderators.  There are regular moderators

23  on the site.  Some of the duties of a moderator were to delete

24  off-topic comments and to ban users who violated the website's

25  rules.  You will hear from one of the global moderators on

1   this website, David Lynn Browning.  David Lynn Browning will

2   testify during this trial.  He'll testify that the entire

3   PlayPen website was devoted to the advertising and the

4   distribution of child pornography.  He'll also testify about

5   how members worked together to encourage each other in order

6   to make sure the rules were being followed.

7           Now, not only does this defendant and other

8   administrators and moderators he helped choose create and run

9   the site, the defendant himself made over 200 postings to this

10  child pornography website.

11          Now I mentioned before the website had been

12  misconfigured.  It wasn't working properly.  So agents were

13  able to access it on the regular internet in order to identify

14  that the site was being hosted in a facility located in

15  Lenoir, North Carolina.

16          Well this particular misconfiguration also helped

17  agents identify the defendant as the individual who was

18  running the site.

19          Upon finding out that the site was being hosted in

20  North Carolina, agents took other investigative steps,

21  including issuing of search warrants and issuing subpoenas to

22  various internet service providers in order to put the

23  defendant as the individual who ran the site.

24          Evidence will show that in all files contained from

25  the server hosting the site helped agents learn that the user

1   account PlayPen had been logged into directly from the IP

2   address assigned to the defendant's Naples, Florida, residence

3   on two occasions in September and November 2014.

4           Evidence will also show that from the log files

5   hosting the server, as well as other internet service provider

6   records, agents were able to learn that the server account had

7   been accessed from an IP address assigned to a residence in

8   the State of Maine.  A residence, the evidence will show, was

9   the defendant's mother's residence around the winter of 2014.

10          Agents were able to subsequently learn that the

11  defendant was in Maine during this time, based on surveillance

12  that his car was seen at his mother's residence.  You'll also

13  hear a deputy chief from the Maine police department testify

14  during this trial that he saw the defendant at a ski lodge in

15  Maine during this time.  And the defendant told him that he

16  was in Maine to visit -- visiting his mother and to relax and

17  ski.

18          Now, based on this evidence as well as other

19  evidence, agents were able to obtain through investigatory

20  steps, agents applied for and received a search warrant to

21  search the defendant's Naples, Florida, home.

22          And on February 19, 2015, agents executed the search

23  warrant on the defendant's home.

24          Upon entering the home and apprehending this

25  defendant, agents observed a laptop logged into the PlayPen

1    website.  Not only was it logged into this child pornography

2    website, evidence will show that the laptop was logged in as

3    the username PlayPen.  Not only was this laptop logged into

4    the child pornography website as the username PlayPen,

5    evidence will also show that the laptop was logged into the

6    server account hosting the website as the server

7    administrator.

8          Additionally, evidence will show that there are

9    various text files opened on the defendant's laptop which

10   contained usernames and passwords to the server hosting the

11   website's account.

12         The defendant, at this point the only occupant of

13   the home, was arrested.

14         There were various electronic devices seized from

15   the defendant's residence including the laptop I just

16   mentioned, a thumb drive which was mounted into the laptop, as

17   well as a cellular phone.

18         Evidence will show that forensic examination of

19   these devices revealed that on the defendant's laptop that

20   there were bookmarks.  Particular bookmarks.  Bookmarks, of

21   course, as you know, allows you to get to the web pages

22   quicker.  Bookmarks for sections contained in this PlayPen

23   child pornography website.  There are also images of the

24   PlayPen logo.  Also on the laptop you will hear evidence that

25   there were Google searches for child pornography on Netflix in

1  preteen.

2          Additionally, ladies and gentlemen of the jury, the

3  thumb drive that I mentioned was mounted into the laptop, you

4  will hear evidence that it contained over 8,900 images of

5  child pornography.

6          Also, ladies and gentlemen, the cellular device that

7  was seized contained internet searches for PlayPen, Tor, and

8  preteen models.

9          As I close, ladies and gentlemen of the jury, one

10  point I would like for you to remember is that oftentimes in

11  cases such as this, a common defense tactic is to attempt to

12  create confusion or to attempt to try a case different than

13  the one charged in the indictment.  Don't be fooled by these

14  tactics.  Evidence will show there was no one but the

15  defendant Steven Chase who created and ran this massive global

16  child pornography website, a website with over 150,000 members

17  dedicated to the sexual abuse of children online.

18          One final point I would like to make, is that, in

19  closing judge Voorhees will instruct you that in order to find

20  the defendant guilty, the United States must prove its case

21  beyond a reasonable doubt.

22          Now, ladies and gentlemen of the jury, proof beyond

23  a reasonable doubt is not proof beyond all possible doubt.

24  That's not the standard.  Reason and common sense are the

25  standards you will use as the fact finders of this case.  In

1  the United States we embrace this standard, and we stand ready

2  to prove it.  And we believe after all the evidence has been

3  presented during this trial you will find based on reason and

4  common sense that the defendant Steven Chase is guilty.  Thank

5  you.

6        THE COURT:  Mr. Adolf.

7        MR. ADOLF:  Thank you, Your Honor.

8        Who is PlayPen?  I'm going to boil the case down for

9  you.  This is not going to be a simple case but it is -- there

10  are simple questions that you're here to answer.  Who is

11  PlayPen?  The Government is telling you that PlayPen is one

12  person and that it's Steven Chase.  Your own eyes and from the

13  evidence they have are going to prove to you that that could

14  not be true.  That anybody who had that username and that

15  password -- and it had to have been more than one person, had

16  to be a bunch of different people -- were accessing that

17  account, were doing things on that account as PlayPen.  And

18  that's not coming from any defense tactic or anything of that

19  nature.  That's coming from what they found -- from the

20  evidence they found.

21        We talked in voir dire about you all's experience

22  with computers, and how some of you have social media

23  accounts, Facebook and so forth.  And the answer is -- the

24  question is, if somebody punches in a search on your name and

25  a Facebook profile comes up with your picture on it and your

1   name, is that you?  Well, the answer is, most of the time it's
2   you.  You would hope it's you.  But if someone's managed to
3   get a hold of your username and password it could be anybody.
4   And if somebody starts doing stuff posing as you, it's going
5   to be awfully hard to prove that that wasn't you.  What we
6   have in this case, though, is we have evidence the Government
7   hasn't talked about which you are going to get to hear and
8   that is what was actually happening on the website.  What that
9   website itself recorded.  You see, computers don't lie but
10  people lie.  And sometimes people use computers to lie.
11  Sometimes people use computers to commit crimes.  Sometimes
12  people use computers to pose as other people, to make it look
13  like they're somewhere else.

14          The Government talked a little bit about Tor.  This
15  different kind of network from the regular internet.  And the
16  entire purpose of Tor is that it allows you to go on the
17  internet and nobody at the other end can see who you are and
18  where you are if you're doing it right.  And for people
19  setting up websites, it allows them to set up that website so
20  that no one can see where they are.  And they don't know where
21  the people going to the website are.

22          If you all go on Google or any other number of sites
23  that people use every day, a lot of times you'll see a thing
24  pop up saying, "Do you want Google to use your location?"
25  Because that helps get better results.  If you're looking for

1    a restaurant and Google can tell where you are.  It can tell

2    you the ones that are around here instead of in other states

3    or other countries.

4              The truth is, Google doesn't really have to ask you

5    because they know where you are.  Because on the regular

6    internet, anytime you log into somewhere, type into a website,

7    find something on a search, your computer sends information to

8    that website telling them exactly where you are or at least

9    close.  It might be that they'll tell you -- it will tell them

10   what internet company you use.  For instance, if you use Time

11   Warner Cable, your internet, it might give them, say, this is

12   coming from Time Warner Cable in a particular town.  And then

13   Time Warner Cable knows, out of those addresses that come in,

14   who exactly that is.

15             On Tor none of that happens.  That's a way that you

16   can set it up so that there's no record made anywhere -- at

17   least no accurate record made anywhere -- of who you are,

18   where the website is, and what's going on in between you.  And

19   that's the whole point.  Someone who's doing -- looking at

20   child pornography or posting it or sharing it, obviously

21   doesn't want other people to know where they are.  Probably

22   doesn't really care to know where the other people using the

23   site are.  The site doesn't want them to know.  Nobody knows.

24   And if you're doing it correctly, you can use it and none of

25   that information is anywhere.

1    But one thing you can do is, you can -- it's not
2  just that you can hide where you are or just leave all that
3  information out.  There are also ways that you can pretend to
4  be somewhere else.  You can actually -- if you know what
5  you're doing, you know enough about computers -- and there are
6  people out there who do -- you can actually make it look like
7  you're coming from a different computer, maybe in a different
8  state, maybe in a different country.  And for people who know
9  what they're doing and want to do that for some reason, they
10 can do that.

11    Now, what the Government tells you is when they
12 walked into Mr. Chase's house his computer was logged on to
13 PlayPen as the PlayPen administrator.  What they haven't
14 mentioned to you is that -- well, let me back up.

15    At that moment they figured they had him.  He's the
16 guy running the whole site.  He's the guy that started it.
17 That's all they need.  Just like if they came into your house
18 and found you logged onto Facebook they would say, Well, I
19 guess everything you've ever done on Facebook is you.
20 Everything on that account is you.  Well, what if at some
21 point somebody hacked that information?  What if somebody got
22 it on some website where you went on and clicked the wrong
23 thing?  Maybe somebody saw you type in a password.  Maybe
24 looked at a post-it on your computer.  There can be all kinds
25 of things in there you don't know anything about that all of a

1    sudden looks like you did.

2         Fortunately, for Mr. Chase, there are other ways

3    that that information gets stored.  Because here's what you're

4    going to hear that they really didn't talk much about it.

5         The Government seized that website that was here in

6    Lenoir.  That's why you all are here today because this

7    happened in Lenoir.  And they made a copy of everything on

8    that website.  Now -- or on that server, that computer, or

9    that stack of computers in Lenoir.  And what that is, is,

10   there's a company that has thousands and thousands of computer

11   servers they call them.  But basically just computers all

12   stacked up, wired together, where if somebody wants to start a

13   website or have a website -- and you're a small business,

14   you're a person you don't want to have your own whole IT

15   department doing that for you, you just rent space from them

16   or their server; thousands, maybe hundreds of thousands of

17   businesses do that every day.  And with this particular

18   company there were thousands of perfectly legitimate websites

19   running there all the time.

20        But what that means is, that website keeps a log.

21   Keeps a log anytime somebody signs on to it, anytime anybody

22   does anything on it, it makes a record of it.

23        Now obviously folks who ran this website or were

24   involved with that knew that.  They didn't want their

25   information on there.  So if they were doing it correctly --

1    there are ways you can do it, log on through Tor -- where when

2    you see that log, when you pull it up as the FBI did and as

3    you're going to get to see, there's a list of every time

4    somebody logged in on whatever account you want.  And you're

5    going to see that if you're doing it right that log is blank.

6         And the reason it's blank, it's been set up so that

7    it basically just does a little loop on itself.  And they do

8    some trick where it says it's coming from itself.  But you get

9    no information.  You get place holders, just the same digits

10   over and over that don't mean anything.

11        But there are different ways to get on it.  And if

12   you don't know what you're doing you can leave a trace.  If

13   you get on -- as they just talked about how the website wasn't

14   set up quite right.  There are ways to get to it from the

15   regular internet.

16        The thing is, if you did that, then all of a sudden

17   all of those protections, the blank entries in the log, that's

18   not what's happening.  All of a sudden where you are is

19   revealed on this log.

20        Now, they wouldn't have had that information when

21   they arrested Mr. Chase, but they have it now and you're going

22   to get to see it.

23        Here's what you're going to get to see:

24        The prosecutor just talked about how they went back

25   and looked at those logs and found that that account had been

1   logged into from Maine when Mr. Chase was up there skiing

2   where he was staying with a relative, and from his own home at

3   two different times in that period of whatever, five months,

4   six months. Here's what they didn't mention to you:

5          That account, apparently, according to those logs

6   was also logged into from Chicago, from San Francisco, from

7   Austin, Texas, from the Netherlands. All kinds of places that

8   Mr. Chase never was, at times when he could not have been

9   there. You're going to find out that this account got logged

10   into in Florida, and then in Chicago, and then Florida again,

11   and then Chicago again, all within a couple of days. And so

12   you would have to believe that somehow Mr. Chase is frequent

13   flying back and forth for no reason between Chicago and

14   Florida. But there's no evidence of that.

15          And more than that, when you start to look at those

16   posts -- because the server doesn't just record where some

17   action was taken from, where that other computer was, it also

18   records what it was. And on this website people were chatting

19   with each other, talking about things, posting things and

20   that's all recorded. We can match up where somebody did

21   something or where they were when they did it and what it was

22   they did.

23          And what you're going to see is that it could not

24   have been just one person doing it. That there are some

25   people who are clearly not Mr. Chase. Now these people don't

1  know that they're being tracked.  They had no idea that months

2  or years later the FBI would have all that information and

3  would be talking all about it in court.  But you'll get to see

4  some of the things they were talking about and the little bits

5  where they give away information about themselves.  And you're

6  going to find that some of them, as I said, were different

7  places around the country, even across the ocean in a place

8  Mr. Chase has never been.

9          But also that some of these folks are not native

10  born Americans.  You're going to see a post from -- that was

11  supposedly the Government, I guess, is going to say from

12  Mr. Chase and PlayPen that isn't even in our alphabet.  You're

13  going to see posts from people talking about that English is

14  not their first language that they're going to say is

15  Mr. Chase.  That's not him trying to cover something up.

16  These are people who don't think anybody is listening.

17          And, in fact, you will see when you read these logs

18  the people who worked on the site, signed into it, talked a

19  lot about not getting caught.  They were cognizant of that.

20  They didn't think they were.  They thought they had outsmarted

21  the Government, which they obviously hadn't.  But they left

22  clues as to who they were, but they were not Mr. Chase.

23          At the end of the day, folks, Mr. Chase did log in

24  using that username and password, and he did do some things on

25  it, and he had the materials he had in his house.  But the

1  Government has six other charges, and those are specific
2  things that they're going to say that he did, and it's going
3  to be clear -- in some cases it's not going to be clear who
4  did it.  We know that he was either hacked, somebody was using
5  his information.  There's no indication that he knew that was
6  happening.  There be no reason for him to go back and look.

7        But for some of that information it's really not
8  going to be clear who did it; for some of it, it will be
9  absolutely clear that he did not and it was other people.  And
10 that's why when this is all over -- there's no question he's
11 done some things wrong -- but I'm going to ask you to do what
12 we talked about in voir dire and that you promised to do.
13 Which is to look at each individual charge, see what it is the
14 Government is accusing him of, match that up with the evidence
15 they have, and I think most of those charges you're going to
16 find that it was somebody else that did it or very well might
17 have been somebody else that did it and Mr. Chase has no way
18 to prove otherwise.

19        So for all those reasons there's a bunch of charges
20 when this is all done I'm going to ask you to find him not
21 guilty.  Thank you.

22        THE COURT:  Thank you for those opening statements.
23 You may call your first witness.

24        MR. JONES:  Your Honor, the United States calls FBI
25 Agent Dan O'Donnell.

1          Before we bring Dan O'Donnell in, we wanted to admit

2    some business records, Your Honor.

3          THE COURT:  Yes, sir.

4          MR. JONES:  If we could, U.S. Exhibits 42 through

5    46, the CentriLogic business records and Certificate of

6    Authentication, the PayPal business records and Certificate of

7    Authenticity, the Time Warner Cable business records and

8    Certificate of Authenticity, and the Yahoo business records

9    and Certificate of Authenticity, and Comcast business records,

10   Your Honor, U.S. Exhibits 41 through 46 the United States

11   requests -- oh, I'm sorry, 42 through 46.  We ask that those

12   be admitted at this time.

13         MR. ADOLF:  Judge, if I could just have those

14   exhibits up on the screen so we can review them, make sure the

15   right ones are going into the record.

16         THE COURT:  All right.

17         MS. RANDALL:  Showing at this time, Your Honor,

18   Government's Exhibit 42 and each page.  I can zoom in if you

19   need me to.

20         Government's Exhibit 43, the PayPal records.

21         Government's Exhibit 44, Time Warner Cable records.

22         Exhibit 45, Yahoo business records.

23         And Exhibit 46, which are the Comcast business

24   records.

25         MR. JONES:  Any objection?

1       MR. ADOLF:  No objection, sorry.

2       THE COURT:  Let them be admitted.

3       MR. JONES:  Thank you, Your Honor.

4       (Government's Exhibits No. 42, 43, 44, 45 & 46 were

5    received into evidence.)

6           DANIEL O'DONNELL, GOVERNMENT WITNESS, SWORN

7                    DIRECT EXAMINATION

8    BY MR. JONES:

9    Q.    Good afternoon, Agent O'Donnell.

10   A.    Good afternoon.

11   Q.    Please state and spell your name for the record.

12   A.    Daniel E. O'Donnell.  D-a-n-i-e-l.  O, apostrophe,

13   D-o-n-n-e-l-l.

14   Q.    Just briefly introduce yourself to the jury.

15   A.    I am a Supervisory Special Agent with the FBI.

16   Q.    How long have you been a Supervisory Special Agent with

17   the FBI?

18   A.    In that capacity, just since January of this year.

19   Q.    Okay.  And you mentioned "that capacity."  What's your

20   current assignment?

21   A.    I'm currently assigned to our critical incident response

22   group in our behavioral analysis units.

23   Q.    What are some of your duties in that unit?

24   A.    So our behavioral analysis units are what are more or

25   less referred to as our profiling units.  So I'm currently

1    assigned to the unit that handles crimes against children

2    matters.  So our primary roles are to provide investigative

3    support to our field offices, as well as signal to law

4    enforcement in situations regarding child homicides, child

5    abductions, cold case analysis, as well as responding to child

6    abductions nationwide.

7    Q.    Prior to this assignment -- you said you've been at this

8    current assignment for about six months -- what was your unit

9    where your prior -- assigned to prior?

10   A.    Prior to this unit I was assigned to the violent crimes

11   against children section in the major case coordination unit

12   just outside of Baltimore, Maryland.

13   Q.    What was your role in that unit?

14   A.    My role in that unit was a case agent.  The unit was

15   primarily responsible for the investigation of large scale

16   complex child pornography online networks that typically

17   spanned multiple jurisdictions, both here in the U.S. as well

18   as overseas.

19   Q.    How long were you in the major case coordination unit?

20   A.    Approximately six years.

21   Q.    Just briefly kind of describe for the jury some of the

22   types of offenders you've investigated over the course of the

23   six year period there.

24   A.    So the types of investigations that we primarily focused

25   on were really a variety that were comprised of users and

1    facilitators of websites, bulletin boards, anonymous networks,

2    peer-to-peer technologies, as well as chat messaging, emails,

3    and other venues and platforms that utilize the internet to

4    facilitate child pornography.

5    Q.   Okay.  Did you also conduct any undercover investigation

6    during your time at MCCU?

7    A.   Yes.

8    Q.   Just briefly for the jury, what exactly is an undercover

9    session?  What does that entail?

10   A.   So we make a decision between undercover operations and

11   undercover sessions.  An undercover operation would comprise

12   the entire investigative operation.  Whereas an undercover

13   session is just a piece of that.  So one undercover operation

14   could have a multitude of undercover sessions.

15       An undercover session could be anything from preserving

16   data on a website, to screen capture, downloading data,

17   preserving text, in addition to creating undercover accounts,

18   or through consent of other users, assuming their online

19   identities, as well as directly communicating with others,

20   subjects and users of the particular platforms.

21   Q.   Did you receive any training in how to conduct undercover

22   sessions?

23   A.   Yes.  Prior to conducting any online undercover activity

24   the bureau requires that you complete the online undercover

25   certification course, which I did.  Then there are several

1  approvals that also occur after that.  As well as other

2  training related to computer networks, online child

3  pornography investigations, evidence collection, peer-to-peer

4  technologies, and undercover operations themselves.

5  Q.   And over the course of your career with the FBI, just --

6  if you may quantify -- how many undercover sessions you have

7  been involved in.

8  A.   I wouldn't have an exact number.

9  Q.   Okay.

10  A.   But it can easily be in the hundreds.

11  Q.   Okay.  Have any of these undercover sessions involved the

12  Tor network?

13  A.   Yes.

14  Q.   And just briefly, for the jury, just describe what the

15  Tor network is.

16  A.   So the Tor network is essentially a collection of

17  volunteer computers, thousands of computers and servers all

18  over the world that utilize the internet to promote anonymity

19  while browsing the internet online.

20          THE COURT:  How do you spell Tor?

21          THE WITNESS:  I'm sorry t-o-r.  It's short for the

22  Onion Router.

23  Q.   Is Tor popular among child pornography offenders?

24  A.   Yes.

25  Q.   Why is that?

1   A.   The primary purpose of Tor, as opposed to let's say the

2   regular internet, is to hide certain identifying or potential

3   identifying information with a particular user's computer.

4   And that's to hide from the general public as well as law

5   enforcement.  So that typical law enforcement investigative

6   techniques don't normally -- can't be used in that sense.

7   Q.   Is there a name that, I guess, maybe the general media

8   refers to when referring to Tor?

9   A.   Yes, it's -- there are multiple anonymous networks that

10  utilize the internet, but primarily it's Tor that most people

11  are referring to.  And you'll see -- and these articles and

12  other media outlets are being referred to as the Dark Web or

13  the Dark Net.

14  Q.   How much time have you spent, just approximately of

15  course, you know, investigating Tor, Tor websites, Dark Web

16  websites?

17  A.   I would say from about a three year period from 2013 to

18  2015 was probably 75 percent of my time.

19  Q.   All right.  I'll just switch gears just a bit and ask you

20  about some of your training.

21       So just starting off, would you talk with us a few

22  minutes or shortly, briefly, about some of the training that

23  you've been involved in when it comes to online crimes as a

24  student?

25  A.   Correct.

1    Q.    Yeah.

2    A.    So in addition to the online undercover course, I've been

3    trained in various peer-to-peer technologies.  I'm an

4    instructor for certain of those venues.  I've been trained in

5    online evidence preservation, collection, image previews, as

6    well as attending various conferences and seminars and other

7    web-based training, in addition to working with agents with

8    computer science backgrounds, cyber backgrounds, and just the

9    experiences of conducting investigations themselves.

10   Q.    What about trainings that you have served in as in -- or

11   in a instructor capacity?

12   A.    So I've trained law enforcement, both here in the United

13   States as well as overseas, in various peer-to-peer platforms,

14   general online undercover activities relating to child

15   pornography, image previews, and evidence preservation.

16   Q.    Have you testified -- presented testimony in the court

17   before regarding online child pornography defendants?

18   A.    Yes.

19   Q.    What sort of technologies have you testified in regards

20   to?

21   A.    In regards to the Tor network, other websites, social

22   networking sites, and peer-to-peer type technologies.

23   Q.    What about in federal district courts?

24   A.    Those were all federal courts.

25   Q.    Okay.  We talked about your current position and your

1   time at MCCU.  What about some of the other experiences you've

2   had as an FBI Special Agent.

3   A.    Prior to the MCCU I was assigned to the Philadelphia

4   division in the Fort Washington Resident Agency where I was

5   primarily assigned white collar crime and violent crime.

6   Q.    Where were you employed prior to the FBI?

7   A.    I was employed both at KPMG and Arthur Andersen.

8   Q.    And just briefly give us just a brief background of your

9   education.

10  A.    I have a Bachelor's degree in business, a Bachelor's

11  degree in psychology, and a Master's degree in accounting.

12  Q.    Okay.  Agent O'Donnell, are you familiar with the

13  operation of computers, the internet, Tor, the Tor network,

14  and Tor internet services?

15  A.    Yes.

16  Q.    Are you also familiar with the methods, tactics,

17  technologies, and terminologies used by offenders who produce

18  and traffic child pornography over the internet, including

19  over the Dark Web or Tor network.

20  A.    Yes.

21  Q.    Are you familiar with the names and content of websites

22  used to traffic child pornography over the internet, including

23  those on the Dark Web or Tor network?

24  A.    Yes.

25  Q.    Why is it important to understand and know some of

1   those -- that terminology?

2   A.   Simply for the investigative value in itself of knowing

3   how the material is trafficked, where to find it, how to

4   engage in undercover operative, as well as issuing legal

5   process, and the ability to identify subjects, as well as

6   victims.

7   Q.   How do you stay current on that knowledge?

8   A.   I'm sorry?

9   Q.   How do you stay current on that knowledge?

10  A.   Through the investigations themselves, as well as

11  periodic training in conferences that I've attended over the

12  years.

13          MR. JONES:  Your Honor, at this time the United

14  States will seek to admit Special Agent Dan O'Donnell as an

15  expert in the methods and tactics used by online child

16  pornography defenders in investigation of online child

17  pornography offenders.

18          MR. ADOLF:  Judge, I have no problem admitting him

19  as an expert on the computer systems involved.  But as to the

20  behavior of child pornography offenders, I do object to that.

21  I think that that investigation reveals what it reveals but

22  that has no bearing on the issues here.

23          THE COURT:  He will be declared an expert in the

24  area of computer technology.

25          Members of the jury, when someone is declared an

1    expert, that simply means that that witness is able to express

2    opinions within the area of expertise.  Ordinarily, in a case

3    the jury is able to rely on their own background and wits and

4    their information about the opinions of witnesses on factual

5    matters.  But when it comes to technical matters, sometimes

6    it's necessary to take testimony from someone who is declared

7    an expert.  This person has given testimony about his

8    background which would be sufficient for that category.

9            However, it's up to the jury to decide whether his

10   opinions, if any, are based on sufficient information, and

11   background, and education, and experience, for you to accept

12   or reject the opinions which you may then do as you would that

13   of any other witness.

14   Q.   Agent O'Donnell, let's talk a few minutes about

15   investigating websites.  What are the general steps involved

16   when law enforcement investigates a crime that occurred over

17   the internet?

18   A.   It can depend on the type of activity and the type of

19   platform that's being used.  Let's say in a website

20   investigation there are multiple steps we would take,

21   including accessing the website itself, determining what we

22   might be able to view or download such as text, images,

23   videos, that sort of content; determining the users of that

24   website, the administrators, potentially creating undercover

25   accounts; issuing various legal process, whether it's

1    subpoenas, court orders, or search warrants.  In addition to

2    attempting to identify where the physical location of the

3    servers that are hosting those websites are actually located.

4    Q.   You mentioned subpoenas and search warrants.  What other

5    information in regards to websites do you obtain from

6    subpoenas and search warrants?

7    A.   In addition to the content itself there's a potential to

8    obtain information related to the actual users of the site.

9    Typically what we would be looking for would be IP addresses,

10   dates and times of particular activity, whether connecting to

11   the website or actually posting material to that website.

12        Through those IP addresses there's a potential through

13   search warrants and other legal process that we might be able

14   to obtain further user information behind those IP addresses.

15   Q.   How do those IP addresses, and server logs, and activity

16   logs, how are they useful in a criminal investigation?

17   A.   So in order for a computer to communicate with another

18   computer online, it must be assigned an IP address.  It's

19   easiest to think about it similar to a phone number.  In order

20   to complete a phone call, your phone has to have a phone

21   number assigned to it, the person you're calling has to have a

22   phone number assigned to.  It's similar with computers.

23        So identifying those IP addresses and the dates and times

24   that those IP addresses were used, in the normal course of

25   business records, many internet service providers such as

1    Comcast or Time Warner would keep basic subscriber information

2    that we may be able to obtain through court orders and

3    subpoenas.

4    Q.   Just briefly explain to the jury what is -- what is an

5    internet service provider?

6    A.   Internet service provider is really just a company that

7    specializes in providing customers access to the internet.

8    Comcast, Time Warner, are probably the two biggest cost

9    communications.  In most cases you pay them a monthly premium

10   or a monthly fee and they provide access to the internet,

11   through either cable lines or WiFi and/or satellite.

12   Q.   If you -- internet service providers like Comcast and

13   Time Warner -- do they keep records with IP addresses assigned

14   to what customer at a particular time?

15   A.   It can vary on the internet service provider but, in

16   general, yes.

17   Q.   You talked a few minutes ago about shifting gears in

18   regards to Tor and the Dark Web and you gave the jury an

19   explanation of what Tor was.

20        Just briefly, again, just explain what Tor of the Dark

21   Web allows a user to do.

22   A.   So in comparing it to a regular internet connection, if

23   the user were to -- through account access provided by their

24   internet service provider -- utilize a computer through a web

25   browser, which is a specialized software that allows people to

1    access the worldwide web.  The most common web browsers are

2    Explorer, Firefox, Safari that most people are familiar with.

3         In the regular internet you request -- you open up your

4    browser.  You send a request to a particular website, say

5    Yahoo.com, and you request to send along with certain

6    identifying information relating specifically to your

7    computer.  So your IP address, the date and time your request

8    was sent, the web browser, and the type of request itself.  So

9    that is -- when Yahoo receives that information it can process

10   it and it knows where to send the information back to.

11        With the Tor network, as opposed to going straight to

12   Yahoo, your request, your data is actually routed through a

13   series of -- a random series of computers that are also

14   referred to as nodes.  And none of those nodes know the full

15   path.  So by the time your data reaches Yahoo, Yahoo can only

16   recognize information relating to that last node.  So it

17   processes it and it sends it back to that last computer, that

18   last node, and the network facilitates the data back to your

19   computer.

20        In that scenario, Yahoo or anyone on that end would not

21   know the identifying information related to the actual

22   original computer that made that request.

23   Q.   Is Tor or accessing the Dark Web, is that illegal?

24   A.   No, it's not.

25   Q.   Is it part of the internet?

1   A.   It's a network protocol that utilizes the internet, yes.

2   Q.   How do you get information about the Dark Web?  How would

3   you do so?

4   A.   There's a variety of websites out there that provide

5   information.  There's the Tor project itself that if you were

6   to go to their website they describe the network in detail and

7   what's necessary to access it.

8   Q.   Are there websites on the Dark Web?

9   A.   Yes, there are websites within the Tor network,

10  specifically, that are referred to as "hidden services."  And

11  the reason they're referred to in that way is similar to the

12  user's identity being hidden.  Those websites for those hidden

13  services, the actual physical location of where those services

14  are located is also hidden by the network.

15  Q.   And so how does a hidden service differ from a regular

16  website name?

17       When you see a CNN.com, for example, how does a CNN.com

18  on the regular internet, how does it differ from that site on

19  the Tor network?

20  A.   With a website like CNN.com, law enforcement or even the

21  general public would be able to -- utilizing certain public

22  databases -- be able to look up the actual IP address or IP

23  addresses where that website is currently being hosted.  And

24  in that case we could take further investigative steps to try

25  to obtain content.

1        In the case of hidden services, we're not able to see

2   those IP addresses.  So we have no way of, at that point,

3   being able to determine where that physical location is or

4   where to even send legal process to.

5   Q.   How has the Dark Web impacted child pornography

6   investigations?

7   A.   It's made it difficult since typical traditional law

8   enforcement techniques don't normally work.

9   Q.   Agent O'Donnell, how do you find a hidden service on the

10  Tor network or the Dark Web?

11  A.   There can be a variety of ways.  One of the most common

12  is, there are other hidden services referred to as "hidden

13  wikis" that are essentially indexes or websites that contain

14  descriptions and links to other hidden services.  There's a

15  specific hidden wiki page known as "Hard Candy" that is

16  primarily dedicated to listing hidden services that facilitate

17  child pornography and child erotica.  That's one of the

18  primary ways of being able to find it.  There's also others,

19  websites or hidden services, links to those can be posted on

20  other hidden services, users can email them back to each

21  other.  There's really a multitude of ways, but the "Hard

22  Candy" is one of the primary ones.

23  Q.   Let's switch gears to the investigation of the PlayPen

24  child pornography website.

25        Did you participate in the investigation of the PlayPen

1   website?

2   A.    Yes.

3   Q.    Just briefly, for the jury, how familiar are you of the

4   site?

5   A.    I would say very familiar.

6   Q.    Did you document it -- did you document any undercover

7   sessions regarding this site?

8   A.    Yes.

9   Q.    How -- what way did you go about documenting undercover

10  session?

11  A.    So I utilize multiple screen capture, video capture

12  software programs.  And when I say "screen capture" I'm simply

13  referring to programs that allow you to basically take a

14  picture or record a video of what's showing on your computer

15  screen.

16        I've accessed the site on multiple occasions.  I created

17  undercover accounts, downloaded certain data from that site.

18  I've also assumed, with consent of other users, their online

19  identities on that site as well.

20  Q.    Just briefly, what was PlayPen?

21  A.    PlayPen was a Tor hidden service that was a website

22  established in the -- or a bulletin board or a forum type

23  format.  A bulletin board is simply a website that allows

24  different forums or sections on the site.  And within those

25  sections, users or administrators can create threads of

1   various topics.  And within those threads, users can make

2   posts.  Those posts can contain text, they can contain images,

3   or links to other websites.

4        And then in -- generally speaking those posts are

5   available for view by other users.  Those users would be

6   allowed to post replies, and their replies can contain similar

7   information of the original post.

8        And then there was also a private messaging type feature

9   of PlayPen.  Which if you wanted to communicate with another

10  member but not do it publicly for other people to see, you

11  could send them a private message.  Which is a one-on-one

12  communication that's similar to sending somebody an email.

13  Q.   What sort of content was on the PlayPen child pornography

14  website?

15  A.   The vast majority of the site was dedicated to child

16  pornography and child erotica.

17  Q.   And what ages are we talking about?

18  A.   In general, child pornography is any child under the age

19  of 18.  This website broke down the different categories from

20  "Jailbait" which it typically referred to the teenage years of

21  14 to 17, approximately, down to "Preteen," which was

22  prepubescent, which was the largest section of the site.  As

23  well as even a section for "Toddlers" which generally

24  contained child pornography and child erotica material for

25  children under the age of two.

1   Q.   Was this child pornography website open to anyone?

2   A.   Not initially; users had to go to the main home page and

3   register an account.

4   Q.   Just walk briefly -- walk the jury through, briefly, how

5   would you access the site, starting with accessing the Dark

6   Web and just go from there.

7   A.   So to access Tor -- to begin with you need a specialized

8   web browser, similar to what I mentioned before with Firefox

9   or Explorer.  There's a certain web browser called a "Tor

10  Browser Bundle" that's a modified version of Firefox that

11  allows users, once it's downloaded and installed on your

12  computer, to access that network.

13       After you've done that, then using one of the ways I

14  mentioned earlier of finding the actual site, whether that's

15  through the hidden wikis, communications you've had with other

16  users, or other websites you've been on, the user would go,

17  either copy and paste or type in the actual web address or Tor

18  network address for that PlayPen hidden service.

19       At that point the home page would be displayed.  There's

20  various information on that home page.  But in general there's

21  a log in section for current members.  So those members who

22  have already registered an account could log in with their

23  username and their password.  If you were not a current member

24  there was a registration section where you could click on that

25  would direct you to a set of rules.  After you agree to those

1  rules there was a section where you could enter a username and

2  a password and an email account.

3      The email account itself did not have to be legitimate.

4  In fact, in the sections before it, it encouraged people to

5  not use legitimate email accounts.  It was simply a function

6  of the bulletin board software that required that in order to

7  avoid that function.

8      After entering that information, your account would be

9  activated, and you could review the contents of the site.

10 Q.   So it's fair to say there were a number of steps you had

11 to use in order to gain membership to the site?

12 A.   Correct.

13 Q.   So could you just happen upon the site?  Would the user

14 know what they're accessing, based on your undercover session?

15 A.   You would have to know the actual specific URL to be able

16 to access the site.

17 Q.   Okay.  And just briefly describe what exactly is a URL

18 for the jury.

19 A.   A URL is the uniform resource locater.  It's really the

20 alphanumeric address where that page is located, so CNN.com or

21 Yahoo.com.  In the case of Tor, it's a randomly generated 16

22 character address followed by dot onion.  So as opposed to dot

23 com or dot org, it's dot onion.  So it's difficult to memorize

24 that 16 character bit.

25 Q.   You had to have that 16 character bit in order to access

1    the site?

2    A.    Yes.

3    Q.    Agent O'Donnell, the UC sessions you conducted on the

4    child pornography site, who is in charge of the site, or what

5    members were in charge of the site?

6    A.    So there were a number of administrators, global

7    moderators and local moderators, and then the main

8    administrator was a user -- or the user PlayPen.

9    Q.    Okay.  And based on your experience, investigation, and

10   Tor-based child pornography websites, just briefly describe

11   for the jury, you know, what an administrator is and what a

12   moderator is; describe the duties.

13   A.    It can vary a little bit.  Generally speaking the

14   administrators are responsible for the overall functionality

15   of the site, keeping it operational, creating the different

16   sections and categories, creating the rules, also settling

17   member disputes and those sorts of things.

18        Moderators can also be involved in settling member

19   disputes or enforcing the rules, ensuring that the content is

20   posted in the correct categories.

21        And in this case there were local moderators that sort of

22   oversaw different sections of the board that had different

23   foreign languages.  So there was an Italian section, a French

24   section, and they would have local moderators for each one of

25   the sections.

1   Q.    Okay.  You touched on this briefly, but just how did

2   you -- what are some of the ways members could communicate on

3   this website?

4   A.    So as I mentioned there were posts the users could make,

5   and they could -- in the various different threads or forums,

6   and the other users could read those posts, they could reply.

7   And those replies would be listed in chronological order

8   beneath the original post.

9         There was another feature, there was a private messaging

10  feature that was more of a one-on-one private communication

11  between users.

12        And there was also a link on the site to "PlayPen Chat,"

13  which was essentially a big chat room where multiple users

14  could go in and communicate as a group.

15  Q.    And based on your undercover session of this site,

16  approximately how many posts in images of child pornography

17  were there?

18  A.    I believe by February of 2015 there was approximately

19  95,000 posts and tens of thousands of images.

20  Q.    What are some of the ways members on PlayPen used to not

21  get caught in order to evade law enforcement detection?

22  A.    Well, the primary way was through the use of Tor itself.

23  And then there were also -- users were encouraged on Tor

24  sites, in general, to never use usernames or screen names,

25  which is essentially just an online nickname that you would

1    create for yourself, to never use any identification or

2    anything that could potentially identify you through that

3    username.

4    Q.    You said that there were sections set up so there was --

5    did they advise others on various security precautions to

6    take?

7    A.    There were multiple categories on the site dedicated to

8    current events, news articles, as well as general use of the

9    site and specific -- excuse me, specific security measures

10   that users could take to avoid law enforcement, both on site

11   and in the potential case of a search warrant or other contact

12   with law enforcement.

13   Q.    And during your documentation, UC sessions of the site,

14   did you become familiar with the username -- you mentioned

15   PlayPen, you're familiar with that, PlayPen as being the main

16   administrator of the site.  Did you also conduct UC sessions

17   on usernames "Isabella" and "Stretch Armstrong"?

18   A.    Yes, I did.

19   Q.    Did you document their activity separately?

20   A.    Yes.

21   Q.    Just briefly, Agent O'Donnell, I want to show you what

22   the United States has marked as U.S. Exhibits 1 through 16.

23   If you would briefly scroll through these.  I want you to take

24   a look at them.

25        Are these the screen shots you just saw, are they a fair

1    and accurate representation of the PlayPen website as they

2    existed the day that you conducted your UC session?

3    A.    Yes.

4    Q.    I also want to show you, just briefly, run through U.S.

5    Exhibits 17 through 39b.

6          Agent O'Donnell, are these exhibits also a fair and

7    accurate representation of the PlayPen website user activity

8    for the user accounts PlayPen, Isabella, and Stretch Armstrong

9    as they existed the day you conducted your UC sessions of

10   these individuals?

11   A.    Yes.

12         MR. JONES:  Your Honor, at this time the United

13   States moves to admit Government's Exhibit 1 through 39b.

14         THE COURT:  They will be admitted.

15         (Government's Exhibits No. 1-39b were received into

16   evidence.)

17   Q.    Agent O'Donnell, what I want to do now is just walk

18   through -- walk the jury through how the -- the website, the

19   PlayPen website.  So if you would, we want to start this just

20   by looking at Exhibit 1 of the PlayPen main page.

21         Permission to publish the exhibits to the jury, Your

22   Honor?

23         THE COURT:  That may be given unless the Court

24   instructs otherwise.

25         MR. JONES:  Thank you, Your Honor.

1  Q.    Agent O'Donnell, would you just walk the jury through, I

2  believe they can see, they have access to page 1 -- to the

3  exhibits now.  Just walk the jury through this main page.

4  A.    So this is the home page or that initial page the user

5  would view when accessing PlayPen with the -- in the upper

6  left-hand corner is the actual URL followed by the dot onion

7  slash PlayPen that I mentioned earlier.  So that's that

8  specific URL that the user would need to know in order to

9  access the site.  Beneath that is basically the logo of the

10 site "PlayPen" and the two clothed females with their legs

11 spread.  And then there's a message underneath that talking

12 about "no cross board reposts dot seven preferred, encrypt

13 file names include preview."  That was referencing certain

14 rules I mentioned earlier that were on the site.

15      Cross board repost meant there were -- members of the

16 site were also members of other Tor hidden services.  It was

17 considered bad form to take posts that were made on other

18 boards and post them to this board.  And other boards had

19 similar rules.  And then some of the other categories there

20 are just different rules for how the site functioned.

21 Q.    Okay.  If you would, just zoom in on the red marking.

22 Please read that warning sign as well.

23 A.    So this was posted on the site states, "Please read.

24 Anybody talking about the LEA will be banned.  No warnings.  I

25 am just tired of it."

1    LEA in this context refers to law enforcement.  I don't

2    remember when exactly this banner was placed on the website.

3    There was a period of time when there were some rumors

4    floating around the website as to where it was being operated.

5    So this message was posted.

6    Q.   Okay.  If you would, the top right hand corner.  You'll

7    zoom in on that and walk the jury through this part.

8    A.   So this is one of the areas on that home page where a

9    current user could log in by entering the username in the

10   first box and a password in the second box, and clicking on

11   the log in button.  If you were not a current member, this was

12   your first time at the site, you could click on -- in the blue

13   highlight there where it says "Register," you could click on

14   the register button and it would take you to the rules page

15   then the registration page after that.

16   Q.   Okay.  We're going to go to the middle of the page now

17   and zoom in on that.  Just walk the jury through the warning

18   on the log in info.

19   A.   So the warning, "Only registered members are allowed to

20   access this section.  Please log in below or register an

21   account with PlayPen."

22       Again, this is another area where current users could log

23   in.  And if you were not the current user, then you would have

24   to click on that and register an account in order to create

25   your account.

1  Q.   And then we go to the bottom of the page.

2  A.   This was a link to that PlayPen chat I mentioned earlier

3  that was the chat room where multiple users could join and

4  communicate with each other.

5  Q.   Okay.  Turning now to Government Exhibit 2.  I just want

6  you to, if you would, just want you to read the registration

7  agreement that members had to accept before becoming members

8  of the site.

9  A.   So this is the page after clicking on that register an

10 account that you would be directed to.  The registration

11 agreement states, "Very important.  Read all of this please.

12 I will add to this as needed.  The software we use for this

13 forum requires that new users enter an email address and

14 checks that what you enter looks approximately valid.  We

15 can't turn this off but the forum operators do not want you to

16 enter a real email address.  Just something that matches the

17 XXX@YYY.ZZZ pattern.  No confirmation email will be sent.

18 This board has been intentionally configured so that it will

19 not send email ever.  Do not forget your password.  You won't

20 be able to recover it.  After you register and log on to this

21 forum, you will be able to fill out a detailed profile.  For

22 your security you should not post information here that can be

23 used to identify you.

24      "Spam flooding, advertisements, chain letters, pyramid

25 schemes, solicitations are forbidden on this forum.

1    "Note that it is impossible for the staff or the owners

2    of this forum to confirm the true identity of users or monitor

3    in real time all messages posted, and as such, we are not

4    responsible for the content posted by those users.  You remain

5    solely responsible for the content of your posted messages.

6        "The forum software places a cookie, a text file

7    containing bits of information such as your username and

8    password in your browser's cache.  This is only used to keep

9    you logged in or out.  This website is not able to see your IP

10   and cannot collect or send any form of information to your

11   computer except what you expressly upload.  For your own

12   security when browsing on Tor, we also recommend that you turn

13   off JAVA script and disable sending of the referred error."

14       And then at the bottom is the, "I accept the terms of the

15   agreement," which you would click on in order to be taken to

16   next page.

17   Q.   Okay.  So once a user read the registration agreement and

18   agreed to registration, looking now -- let's go to now U.S.

19   Exhibit 3.

20       Briefly describe for the jury -- which this is going to

21   be scrolling so I want you to just briefly describe for the

22   jury some of the sections of what this page entails.

23   A.   So this would be the main index or home page on the

24   website after a user either registered an account for the

25   first time and gained access or after a current user logged in

1    with his username and password.

2         At the top left is the same information that was on the

3    home page.  Just various categories at the very top that users

4    could click on for different sections of the site.  In the top

5    right corner that's information related to the specific user

6    that's logged on.  In this case this is one of my undercover

7    accounts showing that I was logged in that date and time.

8         And then beneath that was where the main forum of the

9    website began.  The first forum category was this "General"

10   category which included various different topics such as

11   "Security and Technology, How To," and the "PlayPen

12   Information and Rules."

13   Q.   Okay.  Just briefly, the "Requests," what did that entail

14   for the jury?

15   A.   It could entail a multitude, but it generally was

16   specific requests for certain child pornography or child

17   erotica series the users might have been looking for.  They

18   could post requests for that information here with the hopes

19   that someone else would read it and provide that.

20   Q.   Okay.  And just staying with the general category, just

21   go over the highlights.  The second category where it has

22   "Posts and Topics," explain to the jury the number before

23   those and then the posts and the topics.

24   A.   So the site kept track of every topic and thread and

25   every post that was made to the site.  And so in that column,

1    all the way through those index page there were -- every time

2    there was a new post or a new topic created those numbers

3    would be updated.  So that very first line where it's "PlayPen

4    Information and Rules," there were 25 different topics that

5    had been created within that sub-forum with 236 total posts.

6    And those posts could include original posts and then also

7    replies to those posts by the user.

8    Q.    And then just the third section, the last post.

9    A.    Oh, and then in that final category the site also kept

10   track of the last post that was made to each one of those

11   categories or sub-forums.  And it would -- keep track of the

12   username, the topic that it was posted in, and the date and

13   time that it was posted.

14        So, again, in that first line the username who made the

15   last post was -- I don't know if that's an O or A, but

16   B-o-b-y.  And then the specific topic below that and the date

17   and time.

18   Q.    Okay.  So just continuing to walk -- just on page 3, just

19   walk down, just going to walk through, you got these

20   individualized.  But just walk the jury through some of the --

21   just the titles of each section.

22   A.    So the next section was "PlayPen Chan" which included

23   "Jailbait Boy, Jailbait Girl, Preteen Boy, Preteen Girl."

24   These are those categories I mentioned earlier of the

25   "Preteen," meaning prepubescent, and the "Jailbait," generally

1    in the 13 to 17, or 14 to 17 age range.

2    Q.    Okay.

3    A.    The next section, "Jailbait Videos For Girls or Boys."

4    So in this case, again, it's that 13 to 17 range and only

5    links to videos were supposed to be posted here.

6    Q.    Okay.

7    A.    Beneath that "Jailbait Photos," same as above except

8    photos in this case instead of videos.

9          And then beneath that section was "Preteen Videos."  This

10   contained the prepubescent material I mentioned.  These were

11   supposed to be links to actual videos.  So you had "Girls HC,

12   Girls SC, Boys HC, Boys SC."  HC and SC stood for hard core,

13   soft core.  And then the "NN" was for non-nude.

14   Q.    Okay.  Just for the jury, what exactly is hard core and

15   soft core?

16   A.    Soft core, generally speaking, was what -- it could

17   contain child pornography or child erotica.  Child erotica

18   would be children posed in a sexually provocative manner but

19   wouldn't necessarily rise to the legal definition of child

20   pornography.  But it also could contain child pornography

21   without explicit sexual acts.  Whereas hard core would

22   typically depict a child, multiple children, engaged in sexual

23   acts, whether that's oral, vaginal, anal penetration, as well

24   as bestiality, or bondage.

25   Q.    Okay.

1    A.   A similar section here with the "Preteen" sections, both

2    hard core and soft core, except these are for photos as

3    opposed to videos.

4         And then "Web Cams," again, "Girls," "Boys," there's no

5    specific age range designated here.

6         The next section down is "Potpourri," which is kind of a

7    mix of items that included "Incest Involving Children,

8    Toddlers."  So this section included babies and toddlers, both

9    images and videos.  Typically that category was reserved for

10   the age of zero to two.

11        And then "Artwork" were beneath that which were drawings,

12   computer animations and such.

13   Q.   And just on the "Toddlers," if you would go to the second

14   section when it comes to "Posts and Topics."  How many posts

15   were there in that section during your UC session?

16   A.   So at the time I conducted the screen capture there were

17   1,336 posts in the toddler section with -- or within 106

18   different topics.

19   Q.   Okay.

20   A.   This next category for the "Kinky Fetish" category.  This

21   was, again, a variety of different specialized topics relating

22   to children's sexual activity.  "Bondage, Chubby," I believe

23   the next category is "Feet, Panties, Nylons, Spandex, Peeing,

24   Scat, and Spanking, Vintage, Voyeur, Zoo."

25   Q.   Could you explain to the jury what exactly is "Scat"?

1   What is Scat?

2   A.    In this context it's sexual activity involving children

3   or feces or excrement.

4        This section I had mentioned earlier is the different

5   foreign language categories of the site.  You can see the

6   various Italian, Dutch, Spanish.  And then there were local

7   moderators that oversaw these sections.

8        Then the last category was "Stories," "Fiction" stories

9   first.  And then this "Tor Chat Information Exchange."  This

10  is where users could exchange their Tor Chat IDs.  Which "Tor

11  Chat" was an instant messaging feature that also utilized the

12  Tor network to communicate.  So it was an anonymous way of

13  using an instant messaging program.

14  Q.    Please explain this last part, the "PlayPen Information

15  Center," starting with "Recent Posts."

16  A.    So the site kept track of other information on, as well,

17  that first category, the most recent -- the five most recent

18  posts that have been made to the site, that was just a rolling

19  figure that update as people posted.

20       The next category were the "Stats," these would also

21  update.  So at that particular time there were, looks like

22  95,148 posts and 9,333 topics by 158,094 members.

23       And then the last category just kept track of how many

24  users happened to be logged on to the site at that particular

25  time.

1   Q.    Now let's move to, if you would, we  just want to walk

2   through some of those sections just very briefly for the jury.

3   Turn to U.S. Exhibit 3a.  I'm showing you U.S. Exhibit 3a, I'm

4   sorry.  If you can just walk through some of the categories

5   of -- sub-forums within this "General" category.

6   A.    So that the different categories here "PlayPen

7   Information and Rules, The How To Section, Security and

8   Technology, The Requests, General Discussion, The Indexes,"

9   and then "Trash Pen."

10  Q.    Let's go to U.S. Exhibit 4, at this point.  Could you

11  just briefly describe for the jury what is located within

12  these sections.  Just read some of the subjects and start at

13  the top.

14  A.    So this is in the "How to" section of the site.  The

15  topics are listed in that left-hand column.  So the first

16  topic, "How to Extract RAR and 7Z files."  Below that, "How To

17  Make Your Own PlayPen Posts More Creative."  And they have

18  some of the security guides and things below.

19        Over to the right they would have the total number of

20  replies for each one of those different threads and how many

21  times that thread had been viewed.  So in the case of the

22  first category of "How to Extract RAR and 7Z Files," they had

23  14 users reply to that with 665 views, with the last posted at

24  that particular time was September 15 of 2014.

25  Q.    Okay.  And just, generally, the top of that one has

1    "PlayPen General" category and "How To."  Just briefly

2    describe how you would get to this page.

3    A.    So from the previous page that we looked at, the full

4    index site, if you clicked on within that "General" category,

5    the different categories beneath it, the "How To" section.  If

6    you clicked on that "How To" section right here in the second

7    line they would then direct you to that next page.

8    Q.    Okay.  All right.  Just go to the bottom of this page.

9          Just, kind of, describe for the jury, kind of, some of

10   the language listed there.

11   A.    At the very bottom?

12   Q.    Yeah, or just -- you can just start with some of the

13   subject titles there is fine.

14   A.    So, again, these are other topics related to how to post

15   on the site, how to repost, some other information related to

16   the sites with "viewing thread attachments, making a contact

17   sheet, how to compress your files" and "encrypt" and

18   "password" protect them.

19         And then the bottom right are different options to either

20   post a new topic and create a new topic yourself that you

21   could post that users could reply to.  The "New Pole" was, you

22   could create your own pole on the site and let people vote.

23   The "Notification" button, and then a "Marked Read" button.

24   Q.    Okay.  All right.  If you would, turn to U.S. Exhibit 5.

25   Let's go to U.S. Exhibit 6.  What section are we looking at

1  here?

2  A.   So this is the "Toddler" section that I mentioned

3  earlier.  And, again, if you clicked on that "Toddler" section

4  from the main index site, this is the page it would take you

5  to.  The different forums are in very similar format,

6  regardless which one you click on.

7      So in this case, similar to the last how to section, the

8  topics are on the left column with the replies and views over

9  to the right, and then the last post over to the far right.

10  In this case there's various topics here "Little Potty Sex

11  Pics, Random, Mom Licks her Four Month Old Pussy, 75 Bid."

12  Bids being toddler, baby pics, et cetera.

13  Q.   Looking now at U.S. Exhibit 7, if you would, walk the

14  jury through that, where this is located.

15  A.   So this is in the "Preteen Videos," the "Girls Hard Core"

16  section.  And the specific topic is "Buratino-06."  This

17  post -- this topic was created at 9:23 in the morning of that

18  day by the user "Mr. Devi" whose username and information is

19  located on the left hand side.  His -- the image you see there

20  is his avatar, what's known as a profile picture.  Users could

21  create their own profile pics of anything they wanted, the

22  type of member they were, the total number of posts.  In this

23  case, at least at this time, this user made 104 total posts to

24  the site and had been thanked for those posts 154 times.

25  Q.   Would you know the different types of members?

1  A.   They had Administrators, Global Moderators, Local

2  Moderators, Full Members, and I believe Newbies, or another

3  category for, I believe, when users first signed up.

4  Q.   Just looking at the top right hand corner, just briefly

5  explain what this is, the thread.

6  A.   So this is the -- just the top of that thread and some

7  different options that the forum allows you to click on.  So

8  you can reply to that first button and post a reply to the

9  actual site, "Notification" button.  You could mark that topic

10 as read or unread, send the topic, and then also print.

11      Beneath that was the total number of times, at least at

12 the time of the screen capture that that topic had been read.

13 In this case it was 309 times.

14      And then there were some options to either quote some

15 text from that or to say thanks, which you would just click on

16 that option there.

17 Q.   All right.  Moving now to U.S. Exhibit 8.  If you would

18 just walk the jury through, we're about to blow it up at this

19 time, where this page was also accessed and what section of

20 the site.

21 A.   So this was in the "Kinky Fetish Bondage All Tied Up"

22 topic.  This particular post was made by the user "Sids," who

23 was a "Newbie" who made, I believe, 18 posts at that time.  At

24 this time the posts had been read 5,826 times.  The title

25 beneath that is "All Tied Up."  The date is given for when the

1   post is made.  And then the next section includes the text

2   that was posted by this user.  So in this case he's stating,

3   "Not sure what her name is.  But I'm sure someone here will

4   know."

5        The URL you see below that is where the full file --

6   whether they're full images or video files.  The way,

7   typically, this site worked, as well as in service bulletin

8   boards, the links to the -- or the full files themselves,

9   let's say the full video file was, generally speaking, not

10  hosted on that actual website.  But they would post links or

11  hyper links to external websites that were file sharing

12  websites that users could then access and download that file

13  to their computer and after doing so then there was a password

14  there that file would be encrypted.  And this password that

15  you see right above the preview image, they would have to

16  enter that password after downloading the file to their

17  computer to be able to actually view that file.

18       The image that you see here and on the previous page were

19  preview images, were contact sheets.  And they were users,

20  when they would make a post, were required to upload a preview

21  image in that post of what the full file contained so that

22  other users could get that preview before they went out and

23  tried to download the other file.

24  Q.   Was this thread -- was there a reply to this thread?

25  A.   There was, yes.

1  Q.   If you could read it for us.

2  A.   So the original user had posted, "Not sure what her name

3  is.  I'm sure someone will know."

4       Another user shortly after that posted, "She is usually

5  called Melanie.  She is about my favorite bondage girl."

6  Q.   All right.  Then we'll move to U.S. Government's

7  Exhibit 8a.  What exactly is 8a?

8  A.   So this is an image depicting what appears to be a

9  prepubescent male or female or toddler who is bent over and

10 tied with a rope with what appears to be a male finger

11 penetrating an anus.

12 Q.   Okay.  Where did that image come from, from 8A?

13 A.   I believe that was from one of the contact sheets of that

14 preview image that was on the previous page.

15 Q.   Okay.  All right.  Let's move now to U.S. Exhibit 9.

16 I'll blow this up for you so -- have you explain this.  Just

17 explain this section of this thread for the jury.  Just walk

18 the jury through it.

19 A.   My screen is currently blank.

20          THE JURY:  Ours too.

21          THE WITNESS:  So this is a post in the -- again, in

22 the "Toddler" section.  The title of this topic is "Little

23 Baby Sex Toys" with some exclamation marks and the number 3.

24 At the time this post had been read 5,642 times.  The name of

25 the member who posted it was Alleynea, who at that time

1  posted -- or made a total of 60 posts with an avatar or

2  preview image of appearing to show a child being orally

3  penetrated by a man's penis.  The post itself contains the

4  text, "I like to play with sexy babies."  Then there's a

5  preview image of an infant or a toddler -- female toddler with

6  her legs spread and her vagina exposed.

7  Q.    Were there replies to this thread?

8  A.    Yes, there were.

9  Q.    Read the replies for the jury.

10  A.    So that's -- these replies are made by the same user who

11  made the original post.  The replies contain other images

12  depicting female infants.

13  Q.    Were there any -- also just some of the messages from

14  that user.

15  A.    So the final two replies on this page, the first one was

16  made by the user "Jimmy Janz," who posted on September 10,

17  2014, "Absolutely love number three.  Thank you."

18        The final post or final reply in this category was by the

19  user "Fuck Hard," who replied on September 11th, "Yes.  Three

20  is my choice.  I love" -- or "love to lick her little pussy

21  and asshole."

22  Q.    Let's move now to U.S. Exhibit 10.

23        We talked about this a little bit before but just walk

24  through, just generally first, just walk through Global

25  Moderator, Administrator and Local Moderators for the jury.

1    A.    So this is the section of the site that listed those

2    categories I mentioned of -- it talked to global moderators

3    first and the administrators and the local moderators.

4          So those general moderators, in this case there were

5    seven this particular time.  It has the usernames on the left,

6    their particular avatars on the second column, the last date

7    that they were active.  Which at the time of the screen

8    capture was the same day or within a few days before.  And

9    then the date that they originally registered to the actual

10   site, and then there was a link that you could send them a

11   private message if you wanted to contact them directly.

12   Q.    And what are the -- just the local moderators -- just

13   based on your knowledge and experience, explain what were

14   their duties on these sites?

15   A.    Again, it could vary somewhat, but in general they would

16   enforce the rules on the site, they would settle member

17   disputes.  They would be in contact with the administrators

18   about different -- maybe issues with the site.  And again, in

19   general, try to ensure that the posts were made to the correct

20   topics.

21   Q.    And going back up top, what section of the site was

22   "Global Moderator/Administrators," this information found?

23   A.    So this was in the "Staff List" which was just the

24   section of the site that listed all the current actual staff

25   members.

1  Q.    Okay.  Just moving down now to administrators.

2  A.    So at this particular time in February of 2015 there were

3  three total administrators with PlayPen, Isabella and

4  Vitellius, their avatars, the last date they were active.  In

5  the case of PlayPen, the registration date was August 20,

6  2014.  And then again there was some contact information or a

7  way to send them a private message.

8  Q.    Okay.  Again, just follow the local moderators.

9  A.    And these were the local moderators for the different

10 sites.  So similar as above, the usernames, the avatars, the

11 last date they were active, when they registered.  And in this

12 case there is one additional category for the actual specific

13 forum -- foreign language forum that they were assigned.

14 Q.    Okay.  Moving now to U.S. Exhibit 11.  Just briefly

15 describe this section of the site to the jury.

16 A.    So this was a -- there was, in addition to the staff list

17 there was also a section of the site that listed all of the

18 current members at that date and time.  So this is a screen

19 capture of the particular members, somewhat organized by the

20 total number of posts that they had made.  So on the left-hand

21 column you see the usernames, then there's some other

22 categories in between there.  That middle category is their

23 current position on the site.  You can see some of the

24 different categories here of Global Moderator, Hero Member,

25 Senior Member.  Those are generally -- the different

1    memberships were generally tied to how many posts that you had

2    made on the site.

3        And then they have the date registered and the total

4    number of posts that were made by that user at that date and

5    time -- or by that date and time.

6    Q.    Okay.  Let's move to U.S. Exhibit 12 now.  Describe the

7    PlayPen Image Hosting, how that worked.

8    A.    I believe this was the image -- image up loader where

9    those preview images the users were required to post on the

10   site, this is where they would go to upload those images.

11   Q.    Okay.  U.S. Exhibit 13.  Briefly describe this thread for

12   the jury.

13   A.    So this particular thread was made in the "Preteen

14   Photos," the "Girls Hard Core" section.  The name of this

15   thread was "Sammy 360 Photos."  It was made by user "MoDom,"

16   on January 30, 2015.  At that time that user was a Senior

17   Member who made 362 total posts.

18   Q.    Okay.  How many times was this thread read?

19   A.    At this time this thread was read 5,678 times.

20   Q.    Okay.  Let's look at just a couple of the -- see if we

21   can see a couple -- a few of the replies to this thread.

22   Okay.

23   A.    So these particular users, in this case on January 30th,

24   the first user made a post or a reply to this said, "This

25   girl, she's one of the all time CP greats."  In this

1    context CP is short for child pornography.

2          The next post down is by the user "MoDom" who stated --

3    replying to the user above, states, "Most of the old timers

4    here have got all of these classics, if 2004 is old enough to

5    be classic.  And if you bitch about being posted, the way I

6    look at it, there are hundreds of new members who've never

7    seen this stuff and they need to be well rounded Peedo Pees."

8    And then the --

9    Q.   Just briefly, Peedo Pees, do you know, based on your

10   knowledge and experience, what that terminology means?

11   A.   In this context generally refers to pedophiles.

12         Then the other user replies said, "I'll upload some mod

13   things."

14         And then there's the next user that replied there has to

15   do with the password apparently not working.

16   Q.   Okay.  Let's move now to U.S. Exhibit 13a.  Okay.

17   A.   These are images from the previous screen we looked at

18   from that screen capture containing those series of images

19   depicting a prepubescent female.  Majority of these images

20   depict child pornography of this female, including the oral

21   penetration of her by a male's penis.

22   Q.   All right.  Let's move to U.S. Exhibit 15.

23   A.   This is a screen capture of the "Preteen Videos" in the

24   "Boys Hard Core" section.

25   Q.   Okay.  If you could, just for the jury, just read some of

1    the subjects and titles within this section.

2    A.    So on that left-hand corner beneath where it says,

3    "Subject Started By," the subjects are "Australia Blows 11

4    year old," or "11yo," which in this context is 11 years old.

5    "Boys Fucking, Whole Lot of Love."  I can't read the next one.

6    "Boys Battle" -- possibly "Bottle.  Sucking, Cum Shot

7    Copulation and Boys Having Fun."

8    Q.    Okay.  Let's move to U.S. Exhibit 16.  Just briefly

9    explain this section for the jury.

10   A.    So this is the "Preteen Videos Girls Hard Core" section

11   of the site.  So this is page 1 of 7, meaning there's seven

12   total pages of these topics and posts.  The title of the

13   posts, again, are in the left-hand column.  So the first few

14   here, "Kindergarten Trailers, K4b," et cetera.

15   Q.    Okay.  Now during the course of your undercover sessions,

16   did you also -- you talked briefly about it, you also had an

17   opportunity to conduct separate undercover sessions for the

18   usernames "PlayPen," "Isabella," and "Stretch Armstrong"?

19   A.    Correct.

20   Q.    I want to show you now, starting with UC session 4,

21   username "PlayPen."  Starting with U.S. Exhibit 17.  And

22   briefly walk the jury through where we are now.

23   A.    So this is a screen capture of the main profile page for

24   the user or the administrator of PlayPen.  So in the left-hand

25   corner where it has "Summary," you have the username "PlayPen"

1   and his title on the site, which in this case is

2   "Administrator." His current status at that time, whether he

3   was logged in or off line.

4       And then there's some links beneath that to send him a

5   private message or to view his posts or show some statistics

6   that the site kept track of.

7       In the middle section are some of those statistics. So

8   you have at the time of the screen shot, the administrator

9   PlayPen had made 206 total posts. He'd been thanked 88 times.

10  There's some personal text there that he had typed images that

11  said, "Peace Out. Age: NA; Location: Other; the Date

12  Registered," which was August 20th of 2014; the "Local Time"

13  as recorded on the site; "English" language. And then the

14  last date that this user was active.

15  Q.  Now did everybody have a profile page like this on the

16  website?

17  A.  Yes.

18  Q.  Now did every user have a page like this on the site, a

19  profile page like those?

20  A.  Members of the site, yes.

21  Q.  Okay. Let's go to U.S. Exhibit 18. Briefly describe for

22  the jury this page and where it was located on the child

23  pornography website.

24  A.  So on the left-hand corner of that previous page where

25  there is an option to show statistics, these are some of the

1    statistics that the site kept track of.  So the first section

2    where it has "General Statistics" for this user, the

3    administrator of PlayPen, the total time spent online, the

4    site calculated how much total time from the date he

5    registered to that point in time that he would log on to the

6    site.

7        So in this case the totality of the time logged in was

8    over 12 days and 7 hours, total number of posts, 206 posts,

9    had started 37 topics, created one poll, and had voted 16

10   times.

11       The next category is the time of day, typically, that he

12   would -- this user would make those posts, it's usually broken

13   out per hour.  And then the most -- on the left hand side the

14   most popular board by posts.

15       So these are the categories that this particular user had

16   posted the majority of his posts to.  You can see in this

17   case, "General Discussion," the "Girls Hard Core" and the "How

18   To" sections were the most prevalent.

19   Q.   Okay.

20   A.   And then finally at the bottom right was the most popular

21   boards by activity.  So that in this case the "Information and

22   Rules" and "How To," "General Discussion," were the most

23   active.

24   Q.   Okay.  All right.  Let's move to U.S. Exhibit 19.  What

25   are we looking at here?

1    A.   So this was a post that was made by the administrator

2    PlayPen in the "General Discussion" category on September 6th

3    of 2014.

4    Q.   If you could read the post for the jury.

5    A.   So the post states, "I just want to thank you guys for

6    helping make PlayPen a good board.  Today is 16 days scene" --

7    I'm assuming that it should have said, "since I started

8    PlayPen and already have 26,358 members.  Now I never dream of

9    this.  Way faster than expect.  I have worked my ass off

10   making this happen and would like to ask you guys for

11   suggestions to make it the best within reason.  Now I would

12   like to thank Axiom for all his help sharing some of his hacks

13   with me.  Class act guy.  PlayPen."

14   Q.   Move now to U.S. Exhibit 20.

15   A.   This was another post that had been made by the user or

16   the administrator PlayPen on August 29, 2014.  The post

17   states, "Started working on this.  What languages do you think

18   I should add?"

19   Q.   Okay.  Exhibit 21.

20   A.   This was another post by the administrator PlayPen on

21   October 25th, 2014, that he is -- or this user is apparently

22   replying to the post that's listed there in purple was a post

23   that appeared to have been made by another user.  And so in

24   this situation the user PlayPen is replying to this post.

25   Q.   What does his reply say?

1    A.    I'm sorry.

2    Q.    His reply.  What does his reply read?

3    A.    So the reply states, "I just have the rating scale for

4    the topic."  If you look at the top center of the page you

5    will see "Rate This Topic" with a choice of one to five stars.

6    At the top left of the page click the circle pie chart button.

7    Here you can see the most popular by rating the number of

8    votes topics.

9    Q.    Okay.  U.S. Exhibit 22.

10   A.    Another post that was made in the PlayPen Information

11   Rules section on November 15, 2014.  Similar to the last post,

12   this was a reply to a post that had been made by another user.

13   In this case the administrator PlayPen had posted, "Yes, I

14   will change the server location and URL every so often just to

15   keep them guessing.  I will always post new URL to these two

16   sites when they are working."

17        And then those two sites below are versions of the "Hard

18   Candy" and "Wiki" I had mentioned earlier.

19   Q.    Just explain to the jury again what the URL wiki, what

20   was meant, based on your training and experience by this

21   posting?

22   A.    So these were basically index sites of various hidden

23   services within the Tor network that -- and some other web

24   sites that related primarily to the distribution of child

25   pornography or child erotica.

1   Q.   So he says, "just to keep them guessing."

2   A.   In that context, based on my experience he's referring to

3   law enforcement.

4   Q.   Moving now to U.S. Exhibit 23.

5   A.   This is a post in the "General Discussion" section to a

6   topic that had been created about Scat.  The administrator

7   PlayPen had posted "Thanks.  Scat section has been added."

8   Q.   Okay.  Exhibit 24.  Just starting off, just kind of

9   explain where, you know, the date of this thread, where it was

10  posted to, the author, et cetera.  Just walk the jury through

11  it.

12  A.   So this particular post was made in the "General

13  Discussion" section of the site.  A user S-h-y-o-s-c-i had

14  made a post that stated -- this is on February 1, 2015, that

15  it stated, "Admin, please take a look at the code and

16  permission.  Something is not working.  From my last images I

17  got the same answer."  And then there's some text below that

18  and he lists the images that he -- or this user was apparently

19  trying to upload.

20      Beneath that on the same date, February 1, the

21  administrator PlayPen had quoted the above post and then had

22  typed the text, "Worked for me here when using the image tag."

23  Q.   Okay.  All right.  So going through the -- we'll just

24  kind of go through these images and go through the threads.

25  Walk the jury now through the images.

1   A.    So these are those contact sheets that I previously

2   mentioned earlier containing preview images.  In this case the

3   majority of these images depict prepubescent females, both

4   mostly naked in sexually suggestive poses with vaginas

5   exposed.

6   Q.    And who made these postings?

7   A.    This particular post was made by the administrator

8   PlayPen.

9   Q.    Okay.  All right.  We could now move to U.S. Exhibit 25.

10  If you could, just briefly like you did on 24, walk the jury

11  through this thread as well.

12  A.    So this is a topic entitled, "Web Cam Three Girls."  That

13  was created by the administrator PlayPen on October 12 of

14  2014.  The post contains the text file name and then a

15  specific file, and then the link to download that actual file.

16  Q.    What section was this thread posted by PlayPen?

17  A.    I believe this was made to the "Web Cam" section of the

18  site.

19  Q.    Okay.  How many times were -- if we could zoom in just on

20  the PlayPen administrator activity.  How many times were the

21  username -- the administrator PlayPen thanked for posting this

22  thread?

23  A.    The administrator PlayPen had been thanked a total of 88

24  times.  I believe that's in total, not necessarily just about

25  this thread.

1    Q.    Okay.  And do we also have a reply to this post?

2    A.    Yes, there's one reply on November 6, 2014.

3    Q.    Okay.  What does it read?

4    A.    I believe that says, "Thanks muchly."

5    Q.    Okay.  Let's move now to -- so just walk the jury through

6    the file name and the download, what that entails.

7    A.    So the file name that's filed by the dot 7Z, that's a --

8    just a file compression program that the videos or the images

9    would be compressed in that format and encrypted with a

10   password.  So the line below that where it has a URL to -- I

11   believe in this case it is upload or up file.  You click on

12   that URL it would take you to that site where that full file

13   was actually located.  And then you would have -- the user

14   would have to download that file to their computer.  And then

15   using the password that in this case the administrator PlayPen

16   had posted to his profile would be able to enter that password

17   and then open up that file and view the contents of it.

18   Q.    Did that take place in this instance?

19   A.    Yes, I went to that site and downloaded that file.

20   Q.    Okay.  And so go to Government U.S. Exhibit 25a.

21         Is this an accurate depiction of the video you were able

22   to download?

23   A.    Yes.

24   Q.    And just briefly, for the jury, describe the video.

25   A.    So this video depicts two prepubescent females wearing

1  either underwear or bathing suits that are taking their

2  clothes off and dancing in front of a camera.

3  Q.   And approximately how long was this video?

4  A.   I don't remember the full length of it.

5  Q.   Okay.  So if you could -- all right.  Moving to the U.S.

6  Exhibit 26.  As you did 24 and 25, if you would just briefly

7  describe this thread, where located on the site and who posted

8  it.

9  A.   This was a topic and post that was made to the "Preteen

10 Video Girls Hard Core" section of the site entitled,

11 "NattyDatty 8yo," which again, eight years old.

12      The post -- the topic is created by the administrator

13 PlayPen on September 26 of 2014.  The text in the section of

14 the post contains the URL to find this file, similar to the

15 last post, and the file name.  And then over to the right,

16 also similar to the last post, is the password once that file

17 is downloaded.

18 Q.   Who posted this thread?

19 A.   This thread was posted by the administrator PlayPen.

20 Q.   And on what date?

21 A.   September 26 of 2014.

22 Q.   Were there any replies to this post as well?

23 A.   There were.

24 Q.   Also, how many times was this post read, if you can see?

25 We're trying to pull that up for you.

1    A.    12,141 times.

2    Q.    Were you able to -- were you able to also download this

3    posting?

4    A.    Yes.

5    Q.    All right.  Just, again, what's the title of this thread?

6    A.    So the title of this thread is "NattyDatty 8yo," or eight

7    years old.

8    Q.    Now I'm showing you what has been marked as U.S.

9    Exhibit 26a.

10   A.    So this is a video depicting a prepubescent female being

11   orally penetrated by a male's penis -- vaginally penetrated by

12   a male's penis.

13   Q.    And according to the thread, approximately how old was

14   this girl?

15   A.    Prepubescent.  And the thread itself had stated she was

16   eight years old.

17   Q.    Okay.  Agent O'Donnell, were you also able to conduct

18   undercover sessions on the username "Isabella" for the site?

19   A.    Yes.

20   Q.    Showing you now what's been marked as U.S. Exhibit 27.

21   Just explain, again, I want you to just walk through the

22   Isabella's page and why you documented -- what was the purpose

23   of documenting Isabella's activity on the site?

24   A.    So the documentation of moderators and administrators of

25   websites engaged in child pornography activity was just a

1    typical investigative step that we would take whenever

2    possible in any website or hidden service.

3         So in this particular case I conducted undercover

4    sessions on the other administrators and moderators of the

5    PlayPen site.

6    Q.   And just briefly walk the jury through a PlayPen summary

7    page -- I'm sorry, Isabella's summary page.

8    A.   This is the profile -- main profile page for the

9    administrator Isabella, similar to the other profile page on

10   the left hand side.  It contained the Isabella username, the

11   role on the site, which in this case was administrator.

12   Whether this user was online at that particular time, and then

13   some links below that to send them a message, show their posts

14   or the statistics.

15        In the middle of the page were the total number of posts

16   made by this user by that date and time, which in this case

17   was 145.  This user had been thanked 222 times.  The personal

18   text added here states, "Don't ever feel bad for being what we

19   are."  Age is not given.  The date registered was August 24,

20   2014.  The local time is recorded on the site.  And then the

21   last time active, which in this case was today.  And then

22   below that is some information related to his passwords for

23   files and links to those files.

24   Q.   Okay.  Moving now to U.S. Exhibit 28.  Walk the jury

25   through the Isabella stats page, similar to like you did for

1   PlayPen.

2   A.    So this is -- clicking on that shows stats which would

3   bring you to this page showing the statistics relating to this

4   user.  So, again, the total time spent online.  This is the

5   accumulative time that the website kept track of from the date

6   of registration to that particular day.  So the total number

7   of time spent was 11 days, 1 hours, 18 minutes.  The total

8   number of posts were 145, 38 total topics started, no polls

9   and no votes made.  Below that, again, is the timeline

10  throughout the day of when this user's posts were made.  And

11  then again at the bottom to the specific -- those posts

12  related to the specific parts of the site.  And so in this

13  case the majority of this user's posts were made to the "Girls

14  Hard Core" section, as well as the "General Discussion."

15  Q.    Okay.  Now, briefly -- we would move to United States

16  Exhibit 29.

17       If you would, briefly, like you did with PlayPen, just

18  walk the jury through this thread.  Where it was located?  Who

19  made it, et cetera.

20  A.    This particular post was -- or topic was made to the

21  "Preteen Photos," the "Girls Soft Core Non-Nude" section of

22  the site.  The topic was entitled "Stocking Girl".  And then

23  in parenthesis "Requested."  It was made by the user --

24  Q.    Just briefly, what was that "Requested"?  What does that

25  mean?

1   A.    So in this context it most likely would have meant that

2   another user had requested this particular series be posted

3   and so Isabella's fulfilling that request.

4   Q.    Okay.  And when was it made?  What date?

5   A.    So the administrator Isabella had made this post in

6   February 3, 2015.  And I believe this post had been read 3,394

7   times.

8   Q.    Just simply read Isabella's posting for the jury.

9   A.    This post reads, "Here is Stocking Girl as requested from

10  Mr. Debbie's Banner.  Only a small set of 8 pics."  And then

11  that contact sheet contains those 8 images depicting -- the

12  majority of which depict child pornography and child erotica

13  of prepubescent female.

14  Q.    And were there replies to this thread as well?

15  A.    Yes.

16  Q.    Were you able to subsequently download the thread --

17  download the posting made to this thread, as well?

18  A.    Yes.

19  Q.    I'm showing you now what has been marked as Government's

20  Exhibit 29a.

21  A.    So this is that preview image.  This is the preview image

22  I mentioned depicting the prepubescent female in various

23  poses, including those depicting child pornography, of her

24  legs spread apart exposing her vagina and anus.

25  Q.    Okay.  All right.  Just kind of briefly walk the jury

1  through a few of those responses posting child pornography.

2  A.    So these are replies made by the users.    The first is

3  made on February 3.    This says, "That's a girl.    Thank you

4  very much."

5      Below that is Mr. Debbie, who the user Isabella had

6  referenced in the post who states, "Nice.    I've been keeping

7  my eye out for the rest of these.    I swear there was more with

8  another girl, though.    Hmmm, maybe the stockings are mixing me

9  up."

10      And then other replies the user Jazzy had posted, "Yes.

11  Yes.    Yes.    I have finally found more pics of her.    I've been

12  asking everyone who she is.    Do you have pics, et cetera?    I

13  knew of a few pics at Lolly B but now I can add a few of these

14  most precious images.    Yes.    You know I have CP of hundreds of

15  girls, but this one girl I love so much.    So rare pics.    Life

16  is cruel.    Thanks Bella, Jazzy."

17      And the next reply, "Great pics.    That is one well fucked

18  ass as well."

19      The next, "Love this girl.    Be careful Isabella.    You

20  left a thumb's dot DB in your enjoy dot R file."

21      And then the last one here, "Are there any similar models

22  or pictures from other models like this?"

23  Q.    Just again for the jury, what section of the site is this

24  thread post?

25  A.    This is in the girls -- the "Preteen Photos," the "Girls

1   Soft Core Non-Nude" section.

2   Q.   Moving down to Government Exhibit 30.  Briefly walk the

3   jury through this thread like you did the 29.

4   A.   So this was made to the "General" category "Request"

5   section of the site.  This particular topic was entitled

6   "Blonde BJ ID request."  It was made on February 2, 2015, by

7   the user Zovny.  The text states, "Hi.  Anyone knows the file

8   name or where I find it?"

9   Q.   Based on your knowledge and experience, what does this

10  line, "BJ ID request."  What does BJ mean?

11  A.   In this context, blow job.

12  Q.   What was date, again, of this request?

13  A.   This was made on -- the original request was made on

14  February 2nd.  And then it appears a follow-up request was

15  made by the same user on February 3rd in which he says,

16  "Anyone, please."

17  Q.   How many times was this thread read?

18  A.   I believe that's 703 times.

19  Q.   Just moving on, I want you to just kind of walk the jury

20  through this section as well.  Sorry, that would be this one.

21  A.   So on February 3rd the administrator Isabella replies to

22  the above request stating, "That would be this one.  I'll work

23  on posting part one and two."  And then the contact sheet is

24  posted below.

25  Q.   Were there replies to this thread as well?

1    A.   Yes, there were.   The original poster replies here

2    saying, "Thank you very much, Isabella.   The preview very

3    useful for me.   I found the film and I downloaded it.   Do part

4    two only lesbian."

5              THE COURT:   Now, have you reached a point of pausing

6    for today?

7              MR. JONES:   Yes, Your Honor.   We probably have

8    about, maybe about 30 more minutes on direct of this witness.

9              THE COURT:   All right.   Members of the jury, we'll

10   take our break for the evening.   I'll remind you about the

11   instructions I gave you earlier.   And just as a general

12   summary of that, I would ask you to not discuss the case with

13   anyone, including family members, or anyone involved in the

14   trial or anyone else including your fellow jurors.   If anyone

15   should approach you or try to discuss the trial with you in

16   any way, please let me know about that immediately.   Also, you

17   must not read or listen to any news accounts of the trial if

18   there should be any.   I don't know if there would be, but if

19   there were you would have to restrain yourself from any such

20   news accounts.

21             Also, do not read or listen to any news accounts.

22   And remember, you must not talk about anything with anyone who

23   is involved in the trial, even something that has nothing to

24   do with the trial.

25             Now you may of course encounter one of the attorneys

1    on a break or out on the street or going to lunch or something

2    of that nature, and they wouldn't speak to you but that's

3    because they're not being rude, they're simply abiding by the

4    Court's instructions not to talk to jurors about anything.

5            So if you need to communicate to the Court, you can

6    do that by giving a note to the Marshal.  Or if we're here in

7    court, you can raise your hand and that would be accomplished.

8            Also I remind you, don't do any research or

9    investigation about this case on your own.  Don't engage in

10   any use of the electronic media whatsoever that references

11   this case.  Do not form an opinion about the case until all

12   the evidence is in and you've heard the instructions as to the

13   law.  So keep an open mind until you actually start your

14   deliberation.

15           Thank you for your attention to these matters.  We

16   appreciate your service.  You're free to go at this time.  We

17   will ask you to be with us at 9:30 in the morning and just

18   come on into the jury room.

19           (The jury was escorted from the courtroom at 5:09.)

20           THE COURT:  Anything for the Court before we recess?

21           MR. ADOLF:  Judge, there is one matter.  Since we're

22   getting near the time for cross-examination of the agent --

23   actually, I would like to do it outside the presence of the

24   agent since it involves my potential cross of him and issues

25   around that.

1      THE COURT:  All right.  If you would step down and

2  proceed to the lobby, if you don't mind..

3      (Witness excused from the witness stand.)

4      MR. ADOLF:  Your Honor, you'll recall the --

5      THE COURT:  You all may be seated for this.

6      MR. ADOLF:  I'm sorry.  Thank you.

7      Your Honor will recall the Government's in limine

8  motion to bar any mention of the Government's running the

9  website after Mr. Chase's arrest.  I think we've had some

10  testimony now, the opening statement, I think I can more fully

11  give an offer of proof as to why I think it is relevant and

12  actually critical that we go into events that happened while

13  the Government was running the website is this:

14      In their opening the Government said that there were

15  logs on the server and that you could tell when Mr. Chase was

16  logging in because it left a location.  And that's what I

17  addressed in my opening as well.

18      And the whole point of the Tor network is that it

19  doesn't do that when you're doing it correctly.  Which is that

20  if you're logging on correctly there's no trace of where you

21  are or anything like that.  The Government said, on the other

22  hand, that Mr. Chase must have been either so sloppy or lazy

23  or uncaring that he of all people, the one running this

24  website, did so in a way that left traces of his location.  I

25  don't think that's credible.  And I think the proof of that is

1  that even when the Government was running the website they

2  could not figure out where the users were logging on.  Because

3  that was the whole point of this operation they had where they

4  took over the website and then put mal-ware on it so anyone

5  logging in would get basically a virus on their computer that

6  would reveal their location.

7            Because even the average user, whatever there was,

8  100,000 of them, knew not to leave their location on the

9  server, apparently not hard to do.  Nevertheless, they're

10 saying the person that ran the website didn't know that.  I

11 don't think that's credible.

12            I think what's more credible is that somebody was

13 posing as him, as I told the jury.  And as I say, the proof of

14 that is just how hard it is to find someone who is using it

15 correctly.  Because even when they were running it they

16 couldn't find it and they had to deploy this technique,

17 basically hacking tool, to get the same locations that they

18 say he left willingly.

19            So I think it's important for the jury to understand

20 the weight of that evidence and how credible it is.  And I'm

21 not going to disparage the Government, they can do what they

22 want, but I think it's important for the jury to know that

23 even when they were in charge they had to go to extraordinary

24 measures to figure out where these people were.

25            THE COURT:  Thank you.

1          It appears the Government's concern primarily had to

2     do with the numbers; that that would be prejudicial if the

3     jury was advised of the numbers of images posted and other

4     statistical data related to the Government's period of

5     possession of that computer.  And it seems to me that we might

6     make that division and say that defense would not get into

7     that but it otherwise would appear appropriate to discuss this

8     issue of who's on and who's not.

9          MS. RANDALL:  Your Honor, addressing kind of what Mr

10    -- it's not only just numbers, it's also because it can be

11    misleading or confusing to the jury --

12         THE COURT:  Speak slowly so I can grasp it and use

13    your microphone --

14         MS. RANDALL:  Yes, sir.

15         THE COURT:  Which is up again.  Thank you.

16         MS. RANDALL:  There's several issues with

17    introducing the evidence of what happened after Mr. Chase was

18    arrested.  Because you're going to be getting into logs or

19    software or images or posts that happened after he was

20    arrested.  It can get confusing for the jury.

21         As you heard, this is a website that had over 95,000

22    posts and threads and over 100,000 images.  We've streamlined

23    the case to make sure we're only talking about things that

24    happened when Mr. Chase was active -- was out of prison, or

25    excuse me, not in custody and actively involved in the board.

1    They're talking about other events that happened after he was

2    arrested.  First of all, can be confusing or misleading.  In

3    addition to the fact we are concerned the jury could be

4    prejudiced by this information as well.

5            With regards to Mr. Adolf's argument, the logs are

6    what the logs are.  The logs that the Government got from the

7    server when they executed the search warrants speak for

8    themselves.  They took us where they took us to.  The fact

9    that what the logs said later after the Government took over

10   the website are irrelevant.

11           The same information -- if he wants to make the

12   argument that Tor hides IP addresses and can make it difficult

13   to find people, you can do that using the logs we captured

14   from before February 23rd.  The same type of information was

15   available then.

16           The Government still had the same problems in

17   locating other users at that point.  You don't need to get

18   into what happened after February 20th to make that same

19   point.

20           As I said, the logs are going to speak for

21   themselves.  And the fact is, the Government made the argument

22   that he was sloppy during our opening statement.  It's not

23   even just based on those logs.  It's based on how the payments

24   were made and other IP logs from another -- from other

25   sources.

1    So, as I said, introduction of that information is

2 not only confusing but prejudicial. We would ask that it not

3 be admitted.

4    MR. ADOLF: Can I address that briefly?

5    Here's the difference between before and after the

6 FBI took over the website.

7    Before the FBI took over the website nobody was

8 trying to find who those people were. And, in fact, Your

9 Honor saw there were all kinds of messages and so forth -- or

10 I should say, to be correct, nobody on the website was trying

11 to find out who each other were. The administrators didn't

12 want to know who the users were. And you saw and the jury saw

13 that in the rules the way it was set up everybody -- nobody

14 wanted to know who anybody was and that was completely clear.

15 And they even said, "Be sure and use a fake email address when

16 you sign up because we don't want to know who you are."

17    So it's one thing for me to say, "Well, it's very

18 hard to find people on Tor." But all these people aren't

19 trying to find each other. When the FBI takes over the

20 website and actually physically has it in their hands and

21 they're the ones running it, it's still impossible to find

22 everybody. That's a big difference.

23    So for them to say that I can just say based on the

24 earlier logs that you should infer that it's impossible or

25 that virtually everybody leaves no trace on there, that's a

1   far more powerful argument when it turns out that the

2   administrator, instead of telling people, "Don't tell me who

3   you are," is actually on there trying to figure out who they

4   are and still can't, even the finest minds in the justice

5   department.

6           So I think it's important for the jury to know just

7   how hard it was and just how easy it was for all these people

8   to conceal who they were and where they were, when they then

9   argued that Mr. Chase just easily revealed to these lives who

10  he was.

11          So I think the fact that it's when the FBI has it

12  makes a big difference.  Again, I'm not disparaging the

13  tactics, but I think the jury needs to know just how hard it

14  was to do that and how unlikely it is that Mr. Chase was just

15  leaving his information willy-nilly where it could be read on

16  the website.

17          MS. RANDALL:  Your Honor, he can make that exact

18  argument without that additional information.  The FBI

19  executed an active search warrant in January of 2015 where

20  they seized the same information from the website, including

21  the log files and all that additional information.  And the

22  whole time they were continuing to try to work to identify

23  other users, not just PlayPen.  And, in fact, eventually

24  identified the other co-defendants in this case through

25  evidence that was not gathered through the new search warrant

1  that was eventually used afterwards.  So it showed there was

2  an ongoing investigation of all the users from -- throughout

3  the entire investigation.

4          But what he's asking -- his argument he's asking to

5  make, he can make without using the additional information of

6  what happened.  All that happened after February 23rd was that

7  the FBI controlled the website and were able to introduce the

8  special software that allowed them to then gather additional

9  information that helped them in identification.  But as we

10  point out that, that was not a resource that was used in

11  Mr. Chase and therefore would be either confusing or not at

12  all relevant to his case.

13          THE COURT:  All right.  I'll have a ruling on this

14  in the morning and we'll gather at 9:20 for the first of any

15  further discussion and the Court's comments on that matter.

16          Thank you.

17          (The court was in recess for the day at 5:20.)

18

19

20

21

22

23

24

25