# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:15-CR-15-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| STEVEN CHASE, ) | |
|     Defendant. ) | |
| _____ ) | |

This matter is before the Court on the Government's Motion For Victim Restitution, (Doc. #153. The Defendant filed a Response in Opposition (Doc. #166).

Court finds it will serve the interests of justice for the Government to reply to the Defendant's response (Doc. #166).

The Government shall have ten (10) business days after the filing of this Order to comply. No further response or reply shall be filed thereafter.

**SO ORDERED**.

Signed: September 26, 2017

*[Signature]*

Richard L. Voorhees
United States District Judge