IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-CR-15-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| STEVEN CHASE, ) | |
|     Defendant. ) | |
| ) | |

This matter is before the Court on the Defendant's Motion To Strike Victim Impact Statements Regarding the Unrelated Crimes Of Unrelated Defendants, And For Brady Disclosure Regarding The Source Of Injury And/Or Loss To Alleged Victims (Doc. #129), filed on April 1, 2017. The Government filed a Response (Doc. # 133) on April 24, 2017. For reasons cited by the Government the Court finds the Motion is without merit. Therefore, it is hereby DENIED.

    **SO ORDERED**.

Signed: September 26, 2017

Richard L. Voorhees
United States District Judge