UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:15cr15-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | FINAL ORDER AND JUDGMENT |
| v. ) | CONFIRMING FORFEITURE |
| ) | |
| STEVEN W. CHASE ) | |

Upon Motion of the United States for a Final Order and Judgment of Forfeiture, THE COURT FINDS AS FOLLOWS:

On September 16, 2016, following convictions of Defendant for child exploitation crimes set forth in a Verdict (Doc. 98) against him, a jury returned a Special Verdict (Doc. 99) for forfeiture of Defendant's Naples residence and computer items identified more specifically below. The Special Verdict constituted a finding by the Jury that there was a nexus between the counts of conviction and the properties. This Court ultimately issued an Amended Preliminary Order of Forfeiture (Doc. 131) for these same items.

As set forth in a Submission of Declaration of Publication (Doc. 150), from May 24, 2017, through June 22, 2017, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the Government to dispose of the forfeited property according to law, and further notice to all third parties of their right to petition the Court within sixty days from May 24, 2017 for a hearing to adjudicate the validity of any alleged legal interest in the property. The Government also sent direct notice (Doc. 149) to the last known address of Barbara Chase, who, along with Defendant, was on title to the Naples residence.

No petitions were filed and, according to the record, Barbara Chase is deceased.

On May 8, 2017, a Judgment (Doc. 136) was entered ordering Defendant to forfeit interest

in all property to the United States as set forth in the Amended Preliminary Order (Doc. 131). Based upon the Verdict, the Special Verdict, and the Amended Preliminary Order of Forfeiture, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Amended Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 2253, and/or 28 U.S.C. § 2461(c), and the United States shall have clear title to the property and may warrant good title as set forth in 21 U.S.C. § 853(n)(7):

- **One ASUS laptop, serial number E1N0CV090739012;**

- **One Cruzer 128 GB thumbdrive;**

- **The real property at 3570 15th Avenue, SW, Naples, Florida, identified in a deed to Steve Chase and Barbara Chase, husband and wife, recorded at Book 2331, Page 0771 of the Collier County Clerk of Circuit Court, also known as Parcel 37988440001, and more particularly described as follows:**

    > THE EAST 105' OF THE EAST 180' OF TRACT 90, UNIT 27, GOLDEN GATE ESTATES, ACCORDING TO A PLAT THEREOF RECORDED IN PLAT BOOK 7, PAGES 17 AND 18, OF THE PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA.

Signed: October 30, 2017

*[signature]*

Richard L. Voorhees
United States District Judge