**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:15CR15-1-RLV**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| ) | **SCHEDULING** |
| vs. ) | **O R D E R** |
| ) | |
| **STEVEN W. CHASE,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Motion For Victim Restitution (Doc.# 153) the Statesville Division.

**IT IS, THEREFORE, ORDERED** that a Hearing be scheduled for February 5, 2018, at 1:30 PM, at the Statesville Courthouse in Statesville, North Carolina.

Signed: January 29, 2018

Richard L. Voorhees
United States District Judge